# CLEVELAND MUNICIPAL COURT
Office of the Clerk of Court
Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY) SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

**PLAINTIFF**
GEORGE MCCALL

-VS-

**DEFENDANT**
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT BRANCH

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court, Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
**GEORGE MCCALL**

A copy of the complaint is attached hereto. The name and address of plaintiff's attorney is below

**ANTHONY BAKER ESQ.**
5320 HOAG DRIVE, SUITE B
ELYRIA, OH 44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you. A copy of your answer must be served upon the attorney for the person who is suing you, who is called the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against you for the relief demanded in the complaint. Your *EARNINGS MAY THEN BE GARNISHED*, or your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantine*
P. CONSTANTINE, Deputy Clerk
March 18, 2021

**GOVERNMENT EXHIBIT**
**A**

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA 20598

CVSUMMACT

IN THE CLEVELAND MUNICIPAL COURT
CIVIL DIVISION
Cuyahoga COUNTY, OHIO

21 CVF 003034

| | | |
|---|---|---|
| GEORGE MCCALL<br>4519 BRIARWOOD DRIVE<br>LORAIN, OHIO 44053 | : | CASE NO. |
| | : | JUDGE: |
| Plaintiff | : | |
| VS | : | |
| FRONTIER AIRLINES, INC<br>5300 RIVERSIDE DRIVE<br>CLEVELAND, OHIO 44135 | : | **COMPLAINT FOR CONVERSION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND THEFT (R.C. 2307.61)** |
| AND | : | |
| FRONTIER AIRLINES, INC<br>C/O CORPORATION SERVICE COMPANY<br>50 WEST BROAD STREET – SUITE 1330<br>COLUMBUS, OHIO 43215 | : | |
| AND | : | |
| TSA – US DEPT. HOMELAND SECURITY<br>5300 RIVERSIDE DRIVE<br>CLEVELAND, OHIO 44135 | : | |
| AND | : | |
| U.S. DEPT. OF HOMELAND SECURITY<br>CLAIMS MANAGEMENT BRANCH<br>601 S. 12TH STREET – TSA-9<br>ARLINGTON, VIRGINIA 20598 | : | |
| Defendants | : | |

NOW COMES Plaintiff, by and through counsel, and for his Complaint against Defendants, captioned above (hereafter "Defendants"), hereby states and avers as follows:

**Facts**

1. Plaintiff is a life-long resident of the State of Ohio and the County of Lorain.

2. The offense that gave rise to this action occurred in the City of Cleveland and County of Cuyahoga.

3. The amount in controversy is less than $15,000.00

4. Jurisdiction and venue are proper.

5. Plaintiff traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020.

6. Plaintiff makes several trips to Las Vegas each year and has done this for the past 20 years.

7. Plaintiff placed (packed) $10,000.00 in his luggage before departing from Cleveland.

8. When Plaintiff arrived in Las Vegas, he discovered that the money was missing.

9. Plaintiff also found a note / receipt from TSA that confirmed his luggage had been inspected by the Agency.

10. Plaintiff contacted Defendants while in Las Vegas and filed a police report when he returned to Cleveland.

11. Plaintiff made a formal claim / demand to Defendants on or about December 9, 2020 requesting the return of his money.

## Count One – Replevin

12. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

13. Plaintiff is the owner of the luggage and the personal property, including the money ($10,000.00) that was contained inside his luggage.

14. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

15. Defendants intentionally withheld, converted, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

16. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

17. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

## Count Two – Conversion

18. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

19. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

20. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

21. Defendants intentionally withheld, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

22. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

23. As a direct and proximate result of Defendants' conversion, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

### Count Three – Theft

24. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

25. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

26. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

27. Defendants intentionally withheld, dispossessed, stole and / or permanently removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

28. Plaintiff made the appropriate demand for the return of his property. Defendants have denied liability for Plaintiff's loss.

29. As a direct and proximate result of Defendants' theft, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

### Count Five – Intentional Infliction of Emotional Distress

30. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

31. Defendants' business tactics and blatant lack of concern for its customers were extreme and outrageous as Defendants fraudulently justified retaining Plaintiff's property and undertook business policies that shield them from liability.

32. Defendant's self-serving and irresponsible business practices allowed them and / or their employees to profit from Plaintiff's loss.

33. Plaintiff has suffered and will continue to suffer severe emotional damage as a direct result of the extreme, reckless and intentional acts of Defendants.

34. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

**WHEREFORE,** Plaintiff hereby demands judgment in his favor and against Defendants; additionally Plaintiff seeks a judgment for compensatory damages, punitive damages,

consequential damages, interest, attorney fees and court costs in the amount not to exceed $15,000.00.

## Exhibits

- TSA & Frontier Airlines Inc. demand letters
- TSA response to Plaintiff's initial complaint
- Cleveland Police Report

Respectfully submitted,

_____
Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712
Email bakera5.tony@yahoo.com

### CERTIFICATE OF SERVICE / SERVICE INSTRUCTIONS

CLERK, please serve a true copy of the forgoing Complaint, Exhibits, Summons and any / all other case-related documents upon Defendants by Certified US Mail to the afore-captioned addressed.

# THE LAW OFFICE OF ANTHONY BAKER

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

    Regarding: George McCall's Claim – Demand Letter

Dear TSA:

I have been retained by George McCall to assist with this matter. Ideally, we can resolve our differences without involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020. Mr. McCall makes several trips each year to Las Vegas, and has done this for the past 20 years.

Ten Thousand Dollars was stolen from his luggage. Upon discovering the theft of his money (in Las Vegas), Mr. McCall contacted Frontier Airlines and TSA. I have included a copy of the police report and a copy of my preliminary Complaint for your review.

Simply stated, Mr. McCall demands / requests the return of his money forthwith. Please contact my office with any questions or concerns.

Respectfully yours,

Anthony Baker

# THE LAW OFFICE OF ANTHONY BAKER

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

      Regarding: George McCall's Claim – Demand Letter

Dear Frontier Airline:

I have been retained by George McCall to assist with this matter. Ideally, we can resolve our differences without involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020. Mr. McCall makes several trips each year to Las Vegas, and has done this for the past 20 years.

Ten Thousand Dollars was stolen from his luggage. Upon discovering the theft of his money (in Las Vegas), Mr. McCall contacted Frontier Airlines and TSA. I have included a copy of the police report and a copy of my preliminary Complaint for your review.

Simply stated, Mr. McCall demands / requests the return of his money forthwith. Please contact my office with any questions or concerns.

Respectfully yours,


Anthony Baker



7196 9005 8630 0316 4680

U.S. Department of Homeland Security
Claims Management Branch
601 S. 12th Street, TSA-9
Arlington, VA 20598-6009

November 23, 2020



Transportation
Security
Administration

George McCall
4519 Briarwood Drive
Lorian OH 44052
United States

Re: TSA Control No.: **2020110969383**

Dear George McCall:

This constitutes final administrative action on your claim against the United States under the Federal Tort Claims Act based upon the alleged negligent or wrongful acts or omissions of Transportation Security Administration (TSA) personnel.

Your claim is denied. After careful evaluation of all the evidence, we have determined that there are no legally sustainable grounds upon which a finding of liability can be based on the part of TSA.

If you are dissatisfied with the action taken on your claim, you may file suit in an appropriate U.S. District Court not later than six months after the date this letter was mailed. This information is not intended to imply that any such suit would be successful.

Should you have any questions, please address them to the Claims Management Branch. We may be reached at (571) 227-1300 or by email at TSAClaimsOffice@tsa.dhs.gov.

Yours sincerely,

Kimberly Davis
Assistant Director
Management Services and Claims
Financial Management Division



# Cleveland Division of Police
# Detail

| | | | | |
|---|---|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | | | Cleveland Division of Police |
| **Login ID:** | butlersh | | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2020-00321675 | | | |

## Case Details:

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2020-00321675 | | **Incident Type:** | Grand Theft | |
| **Location:** | 5300 RIVERSIDE DR | | **Occured From:** | 10/02/2020 23:59 | |
| | Cleveland, OH 44135 | | **Occured Thru:** | 10/06/2020 06:00 | |
| | | | **Reported Date:** | 10/11/2020 14:58 Sunday | |
| **Reporting Officer ID:** | 1030-Rodriguez | **Status:** | Open/Active | **Status Date:** | 10/12/2020 |
| **Assigned Bureau:** | District 1 | | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| | | | | |

| Associated Cases | Status | Assisting ORIs | Role |
|---|---|---|---|
| | | | |

| Modus Operandi | Solvability Factors | Weight |
|---|---|---|
| | | |
| | | Total: |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 23H | 2913.02 | Theft | 1 |

Page: 1 of 5



# Cleveland Division of Police
# Detail

**Print Date/Time:** 11/26/2020 11:58
**Login ID:** butlersh
**Case Number:** 2020-00321675

**ORI Number:** 

**Cleveland Division of Police**
**OHCLP0000**

## Offense #    1

| | | | | |
|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 23H | **Statute:** 2913.02 | **Counts:** 1 | **Attempt/ Commit Code:** Committed |
| **Description:** Theft | | | | **Offense Date:** 10/02/2020 |
| **NCIC Code:** 2399 | | **Scene Code:** Transit Facility | | **Bias/Motivation:** No Bias / Not Applicable |
| **Offense Status:** Open/Active | | **Status Date:** 10/13/2020 | | **Occupancy Code:** |
| **Arson Code:** | | **Domestic Code:** No | | **Child Abuse:** |
| **Gang Related:** No | | **Aiding/Abetting:** | | **Sub-Code:** |
| **# of Adults:** | | **# of Juveniles:** | | **IBR Seq. No:** 1 |
| **Property Damage Amt.:** | | **Abandoned Structure:** | | **Household Status:** |
| **Domestic Circumstance:** | | **Carjacking:** | | |
| **Accosting Situation:** | | **Hate Bias Indicator:** | | **Premise Code:** |
| **Gambling Motivated:** | | **Order of Protection:** | | **Prior Inv - Victim:** |
| **Prior Inv - Offender:** | | **Anit-reproductive rights crime:** | | **Cargo Theft:** N |
| **Special Circumstances:** | | **Precipitating Event:** | | |

### Offender Suspected of Using

**Alcohol:** No
**Drugs:** No
**Computer:** No
**Aggravated Assault/ Homicide Circumstances #1:**
**Aggravated Assault/ Homicide Remarks #1:**
**Justifiable Homicide Circumstances :**
**Method of Entry Type:**
**Point of Entry:**
**Method of Exit Type:**
**Point of Exit:**
**Direction of Travel:**
**Counterfeit Type:**

### Victim Suspected of Using

**Alcohol:** No
**Drugs:** No
**Computer:** No
**Aggravated Assault/ Homicide Circumstances #2:**
**Aggravated Assault/ Homicide Remarks #2:**
**Justifiable Homicide Code :**
**Method of Entry :**
**# of Premises Entered :**
**Method of Exit :**
**How Left Scene:**
**Counterfeit Status:**

**Larceny Type:** (H)All Other Larcenies

**Counterfeit Amount:**

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person | 1 | Zahoor, Hassan | 5300 RIVERSIDE DR Cleveland,OH 44135 | ▓▓▓ | Unknown | Male | |
| Victim | 1 | McCall, George L | 44519 BRIARWOOD DR Lorain,OH 44053 | ▓▓▓ | Black | Male | 04/16/1969 51 |



# Cleveland Division of Police
## Detail

**Print Date/Time:** 11/26/2020 11:58
**Login ID:** butlersh
**Case Number:** 2020-00321675

**ORI Number:** Cleveland Division of Police
OHCLP0000

| Subject # | 1-Reporting Person | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Zahoor, Hassan | **Race:** | Unknown | **Sex:** | Male | | |
| **Address:** | 5300 RIVERSIDE DR | **Height:** | | **Weight:** | | **Build:** | |
| | Cleveland OH 44135 | **Eyes:** | Unknown | **Hair:** | Unknown | **Age:** | |
| **Primary Phone:** | ▓▓▓▓▓ | **SSN:** | | **DVL #:** | | **State:** | |
| **Resident Type:** | Unknown | **Resident Status:** | Unknown | | | **Statement Type:** | Verbal |
| **Disposition:** | | **Date:** | | | | **Custody Status:** | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

**Transported By:**      **Extent of Injury:**      **Hospital:**
**Domestic Violence:**      **Domestic Violence Referrals:**      **Federal Agencies Involved:**
**Condition:**      **Medical Treatment:**

### Missing Person Information

| Subject # | 1-Victim | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | Yes | **Victim Type:** | | Individual | | | |
| **Name:** | McCall, George L | **Race:** | Black | **Sex:** | Male | **DOB:** | 04/16/1969 |
| **Address:** | 44519 BRIARWOOD DR | **Height:** | 6ft 5 in | **Weight:** | 280.0 lbs. | **Build:** | |
| | Lorain OH 44053 | **Eyes:** | Brown | **Hair:** | Brown | **Age:** | 51 |
| **Primary Phone:** | ▓▓▓▓▓ | **SSN:** | ▓▓▓▓▓ | **DVL #:** | ▓▓▓▓▓ | **State:** | OH |
| **Resident Type:** | Non Resident | **Resident Status:** | Other Status | | | **Statement Type:** | Verbal |
| **Disposition:** | | **Date:** | | | | **Custody Status:** | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

**Transported By:**      **Extent of Injury:**      **Hospital:**
**Domestic Violence:**      **Domestic Violence Referrals:**      **Federal Agencies Involved:**
**Condition:**      **Medical Treatment:**

### Missing Person Information

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|



# Cleveland Division of Police
## Detail

**Print Date/Time:** 11/26/2020 11:58
**Login ID:** butlersh
**Case Number:** 2020-00321675

**ORI Number:**

Cleveland Division of Police
OHCLP0000

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 10/11/2020 | Stolen | Cash / Currency | | | TEN THOUSAND DOLLARS OF U.S. CURRENCY | | |

**Seq #** 1

| Tag Number: | | Item Number: | | | | |
|---|---|---|---|---|---|---|
| **Property Codes:** Stolen | **Property Type:** Cash / Currency | | **Property Class:** Cash / Currency | **Date Received:** 10/11/2020 |
| | **UCR Value:** | | **Initial Value:** $10,000.00 | **Stolen Location:** Airport/Seaport |
| Quantity: | Unit of Measure: | | Measurement Source: | |
| Description: | TEN THOUSAND DOLLARS OF U.S. CURRENCY | | Officer Remarks: | |
| Make: | Model: | | Style: | Style Desc: |
| Year: | OAN: | | Serial #: | Color: |
| Condition: | Reg. Type: | | Reg. ORI: | Reg. Number: |
| Reg. State: | Reg. Year: | | Reg. Date: | Reg. Expiration: |

### Recovery Information

| Location: | Date: | Code: | Value: |
|---|---|---|---|
| RFOJ?: | ORI: | Recovered Address: | |

### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | McCall, George L | 44519 BRIARWOOD DR<br>Lorain, OH 44053 | ▓▓▓▓▓▓ | | |
| Insurance Company: | | Policy Number: | | Lein Holder: | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**
☐ Detective Bureau
☐ Sex Crimes
☐ Homicide
☐ Prosecutor's Office

Original Narrative

THEFT
Sir,
On Sunday, 10-11-20, at approximately 1326 hours, I received an assignment to respond to the Frontier ticket counter in connection with missing money. I responded, activated by WCS 2765, and met with the victim, George McCall.
Mr. McCall reports that on October 2, 2020, he traveled to Cleveland Hopkins Airport and checked in his hard shell suitcase, black in color which contained ten thousand dollars in U.S. currency. There were two stacks of five thousand dollars; all one hundred dollar bills which were inside the right side pocket of his blue jogging pants which was packed inside the suitcase with all his other belongings. The victim further stated that he traveled alone and arrived at his hotel (Bally's) in Las Vegas. Victim unpacked his suitcase and hung up his clothes the then looked in the pockets of his jogging pants and discovered his ten thousand dollars missing. The victim called Frontier Airlines an hour later and they informed him that he will have to file a claim when he returns to Cleveland. The victim proceeded to enjoy his stay in Las Vegas and he returned to Cleveland on Sunday, October 4, 2020. The victim stated that he got in touch with TSA's Donald Kemer about the missing money on October 5, 2020 and Mr. Kemer provided the victim with a link to download a claim form which he and his fiancé, Betty J. Quatlebaum, did and he completed and submitted it. On today's date, October 11, 2020, the victim traveled to Cleveland Hopkins Airport to complete a CPD "Theft" report and in addition, he spoke with a Frontier supervisor and Reporting Person, Hassan Zahoor, who assisted Mr. McCall in how to file a "pilferage claim" which is a claim form for checked baggage that is missing items. I informed Mr. McCall that it is undetermined where this money has gone missing. Victim showed me an email that was sent by TSA on October 7th tell him, in part, that TSA has looked through their camera system and found no evidence of wrongdoing in the handling of his bag and no evidence that anyone took any money from his bag.
Victim flew to Las Vegas on Frontier Airlines flight number F92015 and he left Cleveland at 10:34 PM and arrived in Las Vegas at 11:59 PM. Victim returned to Cleveland on October 4, 2020 on flight number F92014 and arrived in Cleveland at 1:01 PM.
No Suspects / No Arrests
Respectfully request First District Detective Bureau to follow up.
SDCO.DD
20-321675
10-13-20



91 7190 1552 0709 1258 3661

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA 20598

2O_*156069414*_O

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA 20598

CVSUMMACT

