UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCCALL : | CASE NO. | 1:21-CV-902 |
| Plaintiff : | JUDGE: | PATRICIA A. GAUGHAN |
| VS : | | |
| FRONTIER AILINES ET AL. : | **MOTION TO APPEAR** | |
| Defendants : | **PRO HAC VICE** | |

NOW COMES Anthony Baker, applicant herein, and respectfully moves this Court, pursuant to Local Civil Rule 83.5(h) and Local Criminal Rule 57.5(h), to grant admission to the United States District Court for the Northern District of Ohio *pro hac vice* to represent Plaintiff in this case, and would respectfully show the Court as follows:

- Applicant is a sole practitioner of the law firm (Law Office of Anthony Baker) with office at: 5425 Detroit Road – Suite 10, Sheffield, Ohio 44054; Tel# 440-596-9876; Fax# 440-934-0712; Email – bakera5.tony@yahoo.com

- Since May 18, 2009, Applicant has been and presently is a member of and in good standing with the Bar of the State of Ohio. Applicant's bar license number is 0084620. Note, Applicant requested the applicable certificate from the Ohio Supreme Court to confirm his current "good standing" / no disciplinary or sanction history as of May14, 2021, but offers his receipt for said request and "screen shot" from the Court's website at this time. Applicant shall timely file said certificate when it is received.

- Further, pursuant to 28 U.S.C. § 1746, Applicant declares that under the penalty of perjury, he is an attorney in good standing with the Supreme Court of Ohio.

- Applicant has been admitted to practice before all Common Pleas, Municipal & Mayor's Courts in the State of Ohio

- Applicant has been admitted to appear *pro hac vice* in this District Court (case pending).

- Applicant has not been charged, arrested, or convicted of a criminal offense or offenses

- Applicant has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand in accordance with the disciplinary process of the Ohio Rules of Professional Conduct from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

- Applicant has read and is familiar with the Local Rules of the Northern District of Ohio and will comply with the standards of practice set out therein.

- Applicant will file an Application for Admission to Practice before the United States District Court for the Northern District of Ohio, if so requested; or, Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Northern District of Ohio.

- Co-counsel: Kenneth N. Ortner – Ohio Bar Reg# 0069726; Otner & Associates, 5425 Detroit Road – Suite 10, Sheffield, Ohio 44054; Tel# 440-934-5677

- Applicant has tendered the admission fee of $120.00 with this application / motion.

Wherefore, Applicant prays that this Court enter an order permitting the admission of to the Northern District of Ohio *pro hac vice* for this case only.

Respectfully submitted,

/s/ Anthony Baker

_____
Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712
Email bakera5.tony@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this 14th day of MAY 2021.

/s/ Anthony Baker

_____
Anthony Baker, Esquire