
## Attorney Information

**Attorney Registration Number**

84620

**Name**

Anthony Baker

**Current Status**

Active

[ View Status Defintions ]

**Employer**

The Law Office of Anthony Baker

**Job Title**

Attorney

**Address**

5425 Detroit Road - Suite 10
Sheffield, OH 44054
Lorain County

**Business Phone Number**

440-596-9876

**Law School**

Capital University

**Admission Date**

05-18-2009

**Admitted By**

By Exam

**Discipline History**

NO

**Administrative Sanctions and Suspensions**

NO

---

ⓘ The address and telephone information found in this listing has been provided to the Office of Attorney Services by the attorney. The directory lists an attorney's business address. An attorney's residence address is displayed **only** if the attorney has not provided a valid business address. See, **Gov. Bar R. VI, Sec. 1(G) (https://supremecourt.ohio.gov/LegalResources/Rules/govbar/govbar.pdf#Rule6)**. "Invalid" next to the address indicates that mail sent to this address has been returned as undeliverable or that the attorney has not provided a complete mailing address. Also note that the record displays the attorney's current name on file in our records.

Back To Search Options