## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCCALL | ) | CASE NO.  1:21-CV-902-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., et al. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL** |
| Defendants. | ) | |
| | ) | |
| | ) | |

Notice is hereby given that Liz R. Phillips of the law firm Gallagher Sharp LLP hereby enters her appearance in the above-captioned matter and substitutes Thomas J. Cabral as counsel of record for Defendant Frontier Airlines, Inc.  The undersigned request that all further pleadings, correspondence and communications in this matter be directed to the attention of attorneys Joseph Monroe II and Liz R. Phillips.  This notice of substitution of counsel is for the convenience of the Court and counsel, and it is not to be construed as a waiver of any jurisdictional or any other defenses.

        Respectfully submitted,

        /s/Liz R. Phillips
        **JOSEPH MONROE II (0086540)**
        **LIZ R. PHILLIPS (0097953)**
        GALLAGHER SHARP LLP
        1215 Superior Avenue, 7th Floor
        Cleveland, Ohio  44114
        Telephone:  (216) 241-5310
        Facsimile:  (216) 241-1608
        jmonroe@gallaghersharp.com
        lphillips@gallaghersharp.com
        *Counsel for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2021, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                /s/Liz R. Phillips
                **JOSEPH MONROE II (0086540)**
                **LIZ R. PHILLIPS (0097953)**
                GALLAGHER SHARP LLP
                *Counsel for Defendant Frontier Airlines, Inc.*