IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCCALL, | ) | CASE NO. 1:21-CV-902-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. CAUGHAN |
| | ) | |
| v. | ) | **REPORT OF PARTIES' PLANNING** |
| | ) | **MEETING UNDER FED. R. CIV. P. 26(f)** |
| FRONTIER AIRLINES, INC., *et al.* | ) | **AND LR 16.3(b)(3)** |
| | ) | |
| Defendants. | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on June 25, 2021 and was attended by:

    Anthony Baker, counsel for plaintiff George McCall, and

    Joseph Monroe, II, counsel for defendant Frontier Airlines, Inc., and

    Lisa Hammond Johnson, counsel for defendant U.S. Department of Homeland Security Claims Management Branch.

2. The parties will exchange pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order by July 15, 2021.

3. The parties recommend the following track: Standard.

4. Pursuant to L.R. 5.1(c), all documents must be electronically filed absent a showing of good cause.

5. This case is not suitable for ADR at this time but may be after discovery.

6. The parties do **not** consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Recommended Discovery Plan:

(a) Describe the subjects, nature and extent of discovery: this case is relatively straightforward from both a liability and damages perspective. The parties will conduct paper discovery, likely several fact witness depositions, and, if necessary, expert witness depositions.

(b) Non-Expert Discovery cut-off date: 10-29-2021.

(c) Plaintiff's expert report due date: 11-29-2021.

(d) Defendant's expert report due date: 1-29-2022.

(e) Expert discovery cut-off date: 2-29-2022.

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: 9-1-2021.

9. Recommended dispositive motion date: 1-29-2022.

10. Recommended date for a Settlement Conference: February 2022.

11. Other matters for the attention of the Court: The United States Department of Homeland Security has not been properly served in this case.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Anthony Baker | /s/ Joseph Monroe II |
| **Anthony Baker (0084620)** | **JOSEPH MONROE II (0086540)** |
| Law Office of Anthony Baker | **LIZ R. PHILLIPS (0097953)** |
| 5425 Detroit Road, Ste. 10 | GALLAGHER SHARP LLP |
| Sheffield, OH 44054 | 1215 Superior Avenue, 7th Floor |
| Telephone: (440) 596-9876 | Cleveland, OH 44114 |
| Fax: (440) 934-0712 | Telephone: (216) 241-5310 |
| E-Mail: bakera5.tony@yahoo.com | Facsimile: (216) 241-1608 |
| ***Attorneys for Plaintiff George McCall*** | E-Mail: jmonroe@gallaghersharp.com |
| | lphillips@gallaghersharp.com |
| | ***Attorneys for Defendant Frontier Airlines, Inc.*** |

Respectfully submitted,

  /s/Lisa Hammond Johnson
**Lisa Hammond Johnson**
OFFICE OF THE UNITED STATES ATTORNEY FOR
THE NORTHERN DISTRICT OF OHIO
801 Superior Avenue, W, Ste. 400
Cleveland, OH  44113
Telephone:  (216) 622-3679
Facsimile:   (216) 522-4982
E-Mail:  lisa.hammond.johnson@usdoj.gov
*Attorney for Defendant U.S. Dept. of Homeland Security Claims Management Branch*