UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCCALL | : | CASE NO. 1:21-CV-902 |
| Plaintiff | : | JUDGE: PACATRICIA A. GAUGHAN |
| VS | : | |
| FRONTIER AIRLINES, INC., ET AL. | : | PLAINTIFF'S PRAECIPE / REQUEST FOR SERVICE |
| Defendants | : | |

NOW COMES Plaintiff, by and through counsel, and respectfully requests the Clerk, pursuant to Fed. Civ. R. 4, and the corresponding Local Rules, to issue a Summons and Copy of Plaintiff's Complaint (w/ the attached exhibits) to the entities listed in the accompanying summons.

Plaintiff seeks issuance / service by US Marshal, Deputy, any person appointed by the Court, or in any other method that complies with the Local Rules.

Respectfully submitted,

/S/ ANTHONY BAKER
_____
Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712