

# Cleveland Division of Police
# Detail

**Print Date/Time:** 11/26/2020 11:58
**Login ID:** butlersh
**Case Number:** 2020-00321675

Cleveland Division of Police
**ORI Number:** OHCLP0000

## Case Details:

**Case Number:** 2020-00321675
**Location:** 5300 RIVERSIDE DR
Cleveland,OH 44135

**Incident Type:** Grand Theft
**Occured From:** 10/02/2020 23:59
**Occured Thru:** 10/06/2020 06:00
**Reported Date:** 10/11/2020 14:58 Sunday

**Reporting Officer ID:** 1030-Rodriguez    **Status:** Open/Active    **Status Date:** 10/12/2020

**Assigned Bureau:** District 1

## Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|

**Associated Cases**   **Status**   **Assisting ORIs**   **Role**

**Modus Operandi**   **Solvability Factors**   **Weight**

**Total:**

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 23H | 2913.02 | Theft | 1 |



# Cleveland Division of Police
## Detail

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | | Cleveland Division of Police |
| **Login ID:** | butlersh | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2020-00321675 | | |

### Offense #    1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Group/ORI:** | State | **Crime Code:** | 23H | **Statute:** 2913.02 | **Counts:** 1 | **Attempt/ Commit Code:** | Committed |
| **Description:** | Theft | | | | | **Offense Date:** | 10/02/2020 |
| **NCIC Code:** | 2399 | **Scene Code:** | | Transit Facility | | **Bias/Motivation:** | No Bias / Not Applicable |
| **Offense Status:** | Open/Active | **Status Date:** | | 10/13/2020 | | **Occupancy Code:** | |
| **Arson Code:** | | **Domestic Code:** | | No | | **Child Abuse:** | |
| **Gang Related:** | No | **Aiding/Abetting:** | | | | **Sub-Code:** | |
| **# of Adults:** | | **# of Juveniles:** | | | | **IBR Seq. No:** | 1 |
| **Property Damage Amt.:** | | **Abandoned Structure:** | | | | **Household Status:** | |
| **Domestic Circumstance:** | | **Carjacking:** | | | | | |
| **Accosting Situation:** | | **Hate Bias Indicator:** | | | | **Premise Code:** | |
| **Gambling Motivated:** | | **Order of Protection:** | | | | **Prior Inv - Victim:** | |
| **Prior Inv - Offender:** | | **Anit-reproductive rights crime:** | | | | **Cargo Theft:** | N |
| **Special Circumstances:** | | **Precipitating Event:** | | | | | |

| Offender Suspected of Using | | Victim Suspected of Using | |
|---|---|---|---|
| **Alcohol:** | No | **Alcohol:** | No |
| **Drugs:** | No | **Drugs:** | No |
| **Computer:** | No | **Computer:** | No |
| **Aggravated Assault/ Homicide Circumstances #1:** | | **Aggravated Assault/ Homicide Circumstances #2:** | |
| **Aggravated Assault/ Homicide Remarks #1:** | | **Aggravated Assault/ Homicide Remarks #2:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Justifiable Homicide Circumstances :** | | **Justifiable Homicide Code :** | | **Larceny Type:** | (H)All Other Larcenies |
| **Method of Entry Type:** | | **Method of Entry :** | | | |
| **Point of Entry:** | | **# of Premises Entered :** | | | |
| **Method of Exit Type:** | | **Method of Exit :** | | | |
| **Point of Exit:** | | **How Left Scene:** | | | |
| **Direction of Travel:** | | | | | |
| **Counterfeit Type:** | | **Counterfeit Status:** | | **Counterfeit Amount:** | |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person | 1 | Zahoor, Hassan | 5300 RIVERSIDE DR<br>Cleveland,OH 44135 | ▉▉▉▉ | Unknown | Male | |
| Victim | 1 | McCall, George L | 44519 BRIARWOOD DR<br>Lorain,OH 44053 | ▉▉▉▉ | Black | Male | 04/16/1969<br>51 |



# Cleveland Division of Police
# Detail

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | | Cleveland Division of Police |
| **Login ID:** | butlersh | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2020-00321675 | | |

| **Subject #** | **1-Reporting Person** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Zahoor, Hassan | **Race:** | Unknown | **Sex:** | Male | | |
| **Address:** | 5300 RIVERSIDE DR | **Height:** | | **Weight:** | | **Build:** | |
| | Cleveland OH 44135 | **Eyes:** | Unknown | **Hair:** | Unknown | **Age:** | |
| **Primary Phone:** | ▇▇▇▇▇▇▇ | **SSN:** | | **DVL #:** | | **State:** | |
| **Resident Type:** | Unknown | **Resident Status:** | Unknown | | **Statement Type:** | Verbal | |
| **Disposition:** | | **Date:** | | **Custody Status:** | | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

**Related Weapons**

**Victim/Offender Relationship**

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

**Missing Person Information**

| **Subject #** | **1-Victim** | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | Yes | **Victim Type:** | | Individual | | | |
| **Name:** | McCall, George L | **Race:** | Black | **Sex:** | Male | **DOB:** | 04/16/1969 |
| **Address:** | 44519 BRIARWOOD DR | **Height:** | 6ft 5 in | **Weight:** | 280.0 lbs. | **Build:** | |
| | Lorain OH 44053 | **Eyes:** | Brown | **Hair:** | Brown | **Age:** | 51 |
| **Primary Phone:** | ▇▇▇▇▇▇▇ | **SSN:** | ▇▇▇▇▇▇▇ | **DVL #:** | ▇▇▇▇▇▇▇ | **State:** | OH |
| **Resident Type:** | Non Resident | **Resident Status:** | Other Status | | **Statement Type:** | Verbal | |
| **Disposition:** | | **Date:** | | **Custody Status:** | | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

**Related Weapons**

**Victim/Offender Relationship**

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

**Missing Person Information**

# Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|



# Cleveland Division of Police
## Detail

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | | Cleveland Division of Police |
| **Login ID:** | butlersh | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2020-00321675 | | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 10/11/2020 | Stolen | Cash / Currency | | | TEN THOUSAND DOLLARS OF U.S. CURRENCY | | |

**Seq #**  1

| | | | |
|---|---|---|---|
| Tag Number: | Item Number: | | |
| **Property Codes:** | **Property Type:** Cash / Currency | **Property Class:** Cash / Currency | **Date Received:** 10/11/2020 |
| Stolen | UCR Value: | **Initial Value:** $10,000.00 | **Stolen Location:** Airport/Seaport |
| Quantity: | Unit of Measure: | Measurement Source: | |
| **Description:** TEN THOUSAND DOLLARS OF U.S. CURRENCY | | Officer Remarks: | |
| Make: | Model: | Style: | Style Desc: |
| Year: | OAN: | Serial #: | Color: |
| Condition: | Reg. Type: | Reg. ORI: | Reg. Number: |
| Reg. State: | Reg. Year: | Reg. Date: | Reg. Expiration: |

**Recovery Information**

| | | | |
|---|---|---|---|
| Location: | Date: | Code: | Value: |
| RFOJ?: | ORI: | Recovered Address: | |

**Associated Subjects**

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | McCall, George L | 44519 BRIARWOOD DR<br>Lorain, OH 44053 | ███████ | | |

| | | |
|---|---|---|
| Insurance Company: | Policy Number: | Lein Holder: |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

☐ Detective Bureau

☐ Sex Crimes

☐ Homicide

☐ Prosecutor's Office

**Original Narrative**

**THEFT**

Sir,

On Sunday, 10-11-20, at approximately 1326 hours, I received an assignment to respond to the Frontier ticket counter in connection with missing money.  I responded, activated by WCS 2765, and met with the victim, George McCall.

Mr. McCall reports that on October 2, 2020, he traveled to Cleveland Hopkins Airport and checked in his hard shell suitcase, black in color which contained ten thousand dollars in U.S. currency.  There were two stacks of five thousand dollars; all one hundred dollar bills which were inside the right side pocket of his blue jogging pants which was packed inside the suitcase with all his other belongings.  The victim further stated that he traveled alone and arrived at his hotel (Bally's) in Las Vegas.  Victim unpacked his suitcase and hung up his clothes the then looked in the pockets of his jogging pants and discovered his ten thousand dollars missing.  The victim called Frontier Airlines an hour later and they informed him that he will have to file a claim when he returns to Cleveland.  The victim proceeded to enjoy his stay in Las Vegas and he returned to Cleveland on Sunday, October 4, 2020.  The victim stated that he got in touch with TSA's Donald Kemer about the missing money on October 5, 2020 and Mr. Kemer provided the victim with a link to download a claim form which he and his fiancé, Betty J. Quatlebaum, did and he completed and submitted it.  On today's date, October 11, 2020, the victim traveled to Cleveland Hopkins Airport to complete a CPD "Theft" report and in addition, he spoke with a Frontier supervisor and Reporting Person, Hassan Zahoor, who assisted Mr. McCall in how to file a "pilferage claim" which is a claim form for checked baggage that is missing items.  I informed Mr. McCall that it is undetermined where this money has gone missing.  Victim showed me an email that was sent by TSA on October 7th tell him, in part, that TSA has looked through their camera system and found no evidence of wrongdoing in the handling of his bag and no evidence that anyone took any money from his bag.

Victim flew to Las Vegas on Frontier Airlines flight number F92015 and he left Cleveland at 10:34 PM and arrived in Las Vegas at 11:59 PM.  Victim returned to Cleveland on October 4, 2020 on flight number F92014 and arrived in Cleveland at 1:01 PM.

No Suspects / No Arrests

Respectfully request First District Detective Bureau to follow up.

SDCO.DD

20-321675

10-13-20

Redaction Date:  11/26/2020 12:07:02 PM

# Redaction Log

Total Number of Redactions in Document: 7

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|---|---|---|---|
| 2 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 2 |
| 3 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 2 |
| 3 | SSN | Social security numbers and federal identification numbers have been redacted under State ex rel. Beacon Journal Publishing Co. v. Akron, 70 Ohio St.3d 605 (1994). | 1 |
| 3 | MTR VEH/LICENSE | Motor vehicle/driver record information (including driver's license numbers, license plate numbers, VIN numbers, and the entirety of a driver's license including photos) pursuant to  18 U.S.C. 7521, et seq. (Driver's Privacy Protection Act). | 1 |
| 4 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 1 |

Redaction Date:  11/26/2020 12:07:02 PM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| MTR VEH/LICENSE | Motor vehicle/driver record information (including driver's license numbers, license plate numbers, VIN numbers, and the entirety of a driver's license including photos) pursuant to   18 U.S.C. 7521, et seq. (Driver's Privacy Protection Act). | 3(1) |
| SSN | Social security numbers and federal identification numbers have been redacted under State ex rel. Beacon Journal Publishing Co. v. Akron, 70 Ohio St.3d 605 (1994). | 3(1) |
| TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 2(2) 3(2) 4(1) |