**THE LAW OFFICE OF ANTHONY BAKER**

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

    Regarding: George McCall's Claim – Demand Letter

Dear TSA:

I have been retained by George McCall to assist with this matter. Ideally, we can resolve our differences without involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020. Mr. McCall makes several trips each year to Las Vegas, and has done this for the past 20 years.

Ten Thousand Dollars was stolen from his luggage. Upon discovering the theft of his money (in Las Vegas), Mr. McCall contacted Frontier Airlines and TSA. I have included a copy of the police report and a copy of my preliminary Complaint for your review.

Simply stated, Mr. McCall demands / requests the return of his money forthwith. Please contact my office with any questions or concerns.

Respectfully yours,


Anthony Baker

**THE LAW OFFICE OF ANTHONY BAKER**

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

    Regarding: George McCall's Claim – Demand Letter

Dear Frontier Airline:

I have been retained by George McCall to assist with this matter. Ideally, we can resolve our differences without involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020. Mr. McCall makes several trips each year to Las Vegas, and has done this for the past 20 years.

Ten Thousand Dollars was stolen from his luggage. Upon discovering the theft of his money (in Las Vegas), Mr. McCall contacted Frontier Airlines and TSA. I have included a copy of the police report and a copy of my preliminary Complaint for your review.

Simply stated, Mr. McCall demands / requests the return of his money forthwith. Please contact my office with any questions or concerns.

Respectfully yours,


Anthony Baker