7196 9005 8630 0316 4680

U.S. Department of Homeland Security
Claims Management Branch
601 S. 12th Street, TSA-9
Arlington, VA 20598-6009

November 23, 2020

George McCall
4519 Briarwood Drive
Lorian OH 44052
United States



**Transportation
Security
Administration**

Re: TSA Control No.: **2020110969383**

Dear George McCall:

This constitutes final administrative action on your claim against the United States under the Federal Tort Claims Act based upon the alleged negligent or wrongful acts or omissions of Transportation Security Administration (TSA) personnel.

Your claim is denied. After careful evaluation of all the evidence, we have determined that there are no legally sustainable grounds upon which a finding of liability can be based on the part of TSA.

If you are dissatisfied with the action taken on your claim, you may file suit in an appropriate U.S. District Court not later than six months after the date this letter was mailed. This information is not intended to imply that any such suit would be successful.

Should you have any questions, please address them to the Claims Management Branch. We may be reached at (571) 227-1300 or by email at TSAClaimsOffice@tsa.dhs.gov.

Yours sincerely,

Kimberly Davis
Assistant Director
Management Services and Claims
Financial Management Division