IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MCCALL | : | CASE NO.1:21-CV-902 |
| | : | |
| | : | JUDGE: PATRICIA A. GAUGHAN |
| Plaintiff | : | |
| | : | |
| VS | : | |
| | : | |
| FRONTIER AIRLINES, INC., ET AL. | : | <u>PLAINTIFF'S PROFFER OF</u> |
| | : | <u>HIS PROOF OF SERVICE</u> |
| | : | |
| Defendants | : | |

NOW COMES Plaintiff, by and through counsel, and hereby provides this Court with his service confirmation documents.

Respectfully submitted,

/S/ ANTHONY BAKER
_____
Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712
Email bakera5.tony@yahoo.com