UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE McCALL, | ) | CASE NO. 1:21-CV-00902 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | DEFENDANT DEPARTMENT OF |
| SECURITY CLAIMS MANAGEMENT | ) | HOMELAND SECURITY CLAIMS |
| BRANCH, | ) | MANAGEMENT BRANCH'S |
| | ) | MOTION TO DISMISS |
| Defendant. | ) | |

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the

Defendant, U.S. Department of Homeland Security, Claims Management Branch, hereby

moves this Court for an order dismissing this case. This Court lacks subject matter jurisdiction

over Plaintiff's claims and Plaintiff has failed to state a claim upon which relief may be

granted.

The reasons for this Motion are fully set forth in the attached Memorandum in Support,

which is incorporated herein by reference.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:    <u>/s/ Lisa Hammond Johnson</u>
Lisa Hammond Johnson (OH #0061681)
Assistant United States Attorney
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
216-622-3679 (Johnson)
216-522-4982 (Fax)
Lisa.Hammond.Johnson@usdoj.gov

2