# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE McCALL, | ) | CASE NO: 1:21-CV-902 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.* | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, hereby stipulate that all claims in the within action against Defendant Frontier Airlines, Inc. are settled and dismissed, with prejudice, and that the Court may enter an Order accordingly. Court costs to each their own.  Any and all claims against any remaining Defendants remain pending.  The Court shall retain jurisdiction over any settlement disputes.


/s/Anthony Baker (per email consent 10/04/21) 
**ANTHONY BAKER (0084620)**
5425 Detroit Rd., Ste. 10
Sheffield, OH  44054
Tel:  (440) 596-9876
Fax: (440) 934-0712
bakera5.tony@yahoo.com
*Counsel for Plaintiff*

/s/Joseph Monroe II
**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
Tel: (216) 241-5310  / Fax: (216) 241-1608
jmonroe@gallaghersharp.com
*Counsel for Defendant*
*Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, the foregoing *Stipulated Notice of Dismissal* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/Joseph Monroe II
**JOSEPH MONROE II (0086540)**
GALLAGHER SHARP LLP
*Counsel for Defendant*
*Frontier Airlines, Inc.*