

# CLEVELAND MUNICIPAL COURT
### Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
### CIVIL DIVISION

*1: 21cv 902*
*Judge Patricia Gaughan*

---

Date: 10/14/2021    2:30pm                Cleveland  Municipal Court Journal                        Page 1 of 4

---

| Case Number | Judge |
|---|---|
| 2021 CVF 003034 | Administrative - General |

| In The Matter Of | Action |
|---|---|
| MCCALL, GEORGE  -VS- FRONTIER AIRLINES INC et al | CONTRACTS-ACCOUNTS - 4 DEFENDANTS |

| Party | Party Type | Attorneys |
|---|---|---|
| MCCALL, GEORGE<br>4519 BRIARWOOD DRIVE<br>LORAIN, OH 44053 | PLNTF | BAKER ESQ., ANTHONY<br>5320 HOAG DRIVE, SUITE B<br>ELYRIA, OH 44035 |
| FRONTIER AIRLINES INC<br>5300 RIVERSIDE DRIVE<br>CLEVELAND, OH 44135 | DFNDT | |
| FRONTIER AIRLINES INC<br>50 WEST BROAD STREET SUITE 1330<br>COLUMBUS, OH 43215<br>    CORPORATION SERVICE COMPANY | DFNDT<br><br><br>C/O | |
| TSA US DEPT HOMELAND SECURITY<br>5300 RIVERSIDE DRIVE<br>CLEVELAND, OH 44135 | DFNDT | JOHNSON ESQ., LISA HAMMOND<br>UNITED STATES COURT HOUSE<br>801 WEST SUPERIOR AVE., SUITE 400<br>CLEVELAND, OH 44113 |
| US DEPT HOMELAND SECURITY CLAIMS<br>MANAGEMENT BRANCH<br>601 S 12TH STREET TSA 9<br>ARLINGTON, VA 20598 | DFNDT | JOHNSON ESQ., LISA HAMMOND<br><br>UNITED STATES COURT HOUSE<br>801 WEST SUPERIOR AVE., SUITE 400<br>CLEVELAND, OH 44113 |

| Opened | Case Type |
|---|---|
| 03/17/2021 | CVF  -  CONTRACTS |

| No. | Date of | Pleadings Filed, Orders and Decrees | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 03/17/2021 | COMPLAINT FILED BY:<br>GEORGE MCCALL (PLAINTIFF); ; ANTHONY BAKER ESQ.<br>(Attorney) on behalf of GEORGE MCCALL (PLAINTIFF)<br>Receipt: 3248117  Date: 03/17/2021 | 122.00 | 0.00 |
| 2 | 03/17/2021 | 7.00 EACH FOR THREE ADDITIONAL DEFENDANTS<br>SERVED  Receipt: 3248117  Date: 03/17/2021 | 21.00 | 0.00 |
| 3 | 03/18/2021 | CERTIFIED MAIL ISSUED TO      ON<br>Issue Date:  03/18/2021<br>Service:  CV COMP & SUMMONS<br>Method:  (CV) ELECTRONIC CERTIFIED MAIL<br>Cost Per:  $ | | |



# CLEVELAND MUNICIPAL COURT
### Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
### CIVIL DIVISION

| | | |
|---|---|---|
| Date: 10/14/2021    2:30pm | Cleveland Municipal Court Journal | Page 2 of 4 |

2021 CVF 003034      MCCALL, GEORGE -VS- FRONTIER AIRLINES INC et al

FRONTIER AIRLINES INC
5300 RIVERSIDE DRIVE
CLEVELAND, OH  44135
Tracking No: 9171901552070912583630

FRONTIER AIRLINES INC
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH  43215
Tracking No: 9171901552070912583647

TSA US DEPT HOMELAND SECURITY
5300 RIVERSIDE DRIVE
CLEVELAND, OH  44135
Tracking No: 9171901552070912583654

US DEPT HOMELAND SECURITY CLAIMS
MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA  20598
Tracking No: 9171901552070912583661

4     03/18/2021     CIVIL SUMMONS ISSUED

INTAKE- (N) CIVIL SUMMONS- SUMMONS IN CIVIL ACTION
Sent on: 03/18/2021 14:11:50.65
FRONTIER AIRLINES INC (DEFENDANT); FRONTIER
AIRLINES INC (DEFENDANT); TSA US DEPT HOMELAND
SECURITY (DEFENDANT); US DEPT HOMELAND
SECURITY CLAIMS MANAGEMENT BRANCH
(DEFENDANT);

5     03/20/2021     DELIVERED
USPS DELIVERED LEFT WITH INDIVIDUAL - Service Date:
03/20/2021
Tracking Number: 91 7190 1552 0709 1258 3630
FRONTIER AIRLINES INC (DEFENDANT);

6     03/20/2021     DELIVERED
USPS DELIVERED LEFT WITH INDIVIDUAL - Service Date:
03/20/2021
Tracking Number: 91 7190 1552 0709 1258 3654
TSA US DEPT HOMELAND SECURITY (DEFENDANT);

7     03/20/2021     SIGNATURE
Signature Received from USPS
FRONTIER AIRLINES INC Signature Document Attached



# CLEVELAND MUNICIPAL COURT
### Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
### CIVIL DIVISION

| | | |
|---|---|---|
| Date:  10/14/2021      2:30pm | Cleveland  Municipal Court Journal | Page 3 of 4 |

2021 CVF 003034     MCCALL, GEORGE  -VS- FRONTIER AIRLINES INC et al

---

Tracking Number: 7190 1552 0709 1258 3630
FRONTIER AIRLINES INC (DEFENDANT);

8  03/20/2021  SIGNATURE
Signature Received from USPS
TSA US DEPT HOMELAND SECURITY Signature Document
Attached
Tracking Number: 7190 1552 0709 1258 3654
TSA US DEPT HOMELAND SECURITY (DEFENDANT);

9  03/24/2021  DELIVERED
USPS DELIVERED LEFT WITH INDIVIDUAL - Service Date:
03/24/2021
Tracking Number: 91 7190 1552 0709 1258 3661
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT
BRANCH (DEFENDANT);

10  03/24/2021  SIGNATURE
Signature Received from USPS
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT
BRANCH Signature Document Attached
Tracking Number: 7190 1552 0709 1258 3661
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT
BRANCH (DEFENDANT);

11  03/25/2021  DELIVERED
USPS DELIVERED FRONT DESK/RECEPTION/MAIL ROOM
- Service Date: 03/25/2021
Tracking Number: 91 7190 1552 0709 1258 3647
FRONTIER AIRLINES INC (DEFENDANT);

12  03/25/2021  SIGNATURE
Signature Received from USPS
FRONTIER AIRLINES INC Signature Document Attached
Tracking Number: 7190 1552 0709 1258 3647
FRONTIER AIRLINES INC (DEFENDANT);

13  05/03/2021  MOTION FOR REMOVAL    FILED BY                         5.00          5.00
TSA US DEPT HOMELAND SECURITY (DEFENDANT); US
DEPT HOMELAND SECURITY CLAIMS MANAGEMENT
BRANCH (DEFENDANT); ; LISA HAMMOND JOHNSON ESQ
(Attorney) on behalf of TSA US DEPT HOMELAND
SECURITY, US DEPT HOMELAND SECURITY CLAIMS
MANAGEMENT BRANCH (DEFENDANT)

14  10/13/2021  MAGISTRATES DECISION FILED.  COPIES MAILED TO
PARTIES.

15  10/13/2021  JUDGMENT ENTRY.  DEFENDANT'S NOTICE OF
REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO IS WELL



# CLEVELAND MUNICIPAL COURT
### Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

| | | |
|---|---|---|
| Date:  10/14/2021     2:30pm | Cleveland  Municipal Court Journal | Page 4 of 4 |

2021 CVF 003034     MCCALL, GEORGE  -VS- FRONTIER AIRLINES INC et al

|  |  |  |
|---|---|---|
| | | TAKEN.  CLERK OF COURTS IS ORDERED TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO AND SEND NOTICE TO ALL PARTIES. |
| 16 | 10/14/2021 | ORIGINAL PAPERS AND CERTIFIED COPY OF COURT DOCKET SENT TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO BY CERTIFIED MAIL (NO. 7007 0710 0001 0424 0229). |

Totals By:    COSTS                                      148.00                        5.00

*** End of Report ***

STATE OF OHIO
COUNTY OF CUYAHOGA                    SS.        }
CITY OF CLEVELAND

I, Earle B. Turner, Clerk of the Cleveland Municipal Court, within and for said city, hereby certify that the above and foregoing is truly taken and copied from the original docket in Case No. **2021 CVF 003034** now on file in the Office of the Clerk of Court.

Witness my hand and seal of Cleveland Municipal Court this 14 day of October 2021.

EARLE B. TURNER, CLERK

By: _____
                        Chief Deputy Clerk

*The Clerk of Courts does not calculate interest or balances due on your judgment. There may be additional amounts due to your creditor(s).  It is your responsibility to contact your Creditor(s) or their Attorney in order to determine the balance due on your case.*

JUDGMENT ENTRY RECEIVED
FOR JOURNALIZATION

OCT 13 2021

EARLE B. TURNER, CLERK

**IN THE CLEVELAND MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO**

GEORGE MCCALL                                    2021 CVF 003034
 **PLAINTIFF**

 VS.

                                         **JUDGMENT ENTRY**

FRONTIER AIRLINES INC et al
 **DEFENDANT**

        MAGISTRATE'S DECISION IS HEREBY APPROVED AND CONFIRMED.

        DEFENDANT'S NOTICE OF REMOVAL THE ABOVE CAPTIONED CASE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF OHIO, IS WELL TAKEN.

        CLERK OF COURTS IS ORDERED TO TRANSFER CASE TO THE UNITED

STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO AND

SEND NOTICE TO ALL PARTIES.

                                    _____
                                                  JUDGE

MDBLANK
September 30, 2021

1O_*157014952*_O    SCANNED

## IN THE CLEVELAND MUNICIPAL COURT
### CUYAHOGA COUNTY, OHIO

MAGISTRATE'S REPORT FILED

OCT 1 3 2021

EARLE D. TURNER, CLERK

GEORGE MCCALL
  **PLAINTIFF**

2021 CVF 003034

VS.

FRONTIER AIRLINES INC et al
  **DEFENDANT**

**MAGISTRATE'S DECISION**

      DEFENDANT'S NOTICE OF REMOVAL THE ABOVE CAPTIONED CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, IS WELL TAKEN.

      CLERK OF COURTS IS ORDERED TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO AND SEND NOTICE TO ALL PARTIES.

MAGISTRATE

**PURSUANT TO CIVIL RULE 52 AND LOCAL RULES OF COURT, REQUESTS FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW MUST BE FILED WITHIN SEVEN (7) DAYS OF THE FILING OF THE MAGISTRATE'S DECISION. PURSUANT TO CIVIL RULE 53 AND LOCAL RULES OF COURT, OBJECTIONS TO THE MAGISTRATE'S DECISION MUST BE FILED WITHIN FOURTEEN (14) DAYS OF ITS FILING. UNLESS A PARTY TIMELY AND SPECIFICALLY OBJECTS TO A FINDING OF FACT OR CONCLUSION OF LAW, NO ASSIGNMENT OF ERROR ON APPEAL MAY BE MADE TO THE COURT'S ADOPTION OF THAT FINDING OR CONCLUSION. FOR SPECIFIC DETAILS AND FURTHER INFORMATION CONSULT THE ABOVE-CITED RULES OR SEEK LEGAL COUNSEL.**

A COPY OF THIS MAGISTRATE'S DECISION SHALL BE MAILED TO ALL PARTIES OR THEIR ATTORNEYS.

MDBLANK
September 30, 2021

IN THE CLEVELAND MUNICIPAL COURT
CIVIL DIVISION

GEORGE McCALL                           )       CASE NO. 2021 CVF 3034
                                        )
                Plaintiff,              )       JUDGE
                                        )
                                        )
        v.                              )
                                        )
U.S. DEPARTMENT HOMELAND                )
SECURITY CLAIMS MANAGEMENT              )
BRANCH                                  )
                                        )
                                        )       NOTICE OF FILING
                                        )       NOTICE OF REMOVAL
                Defendant.              )

        Now comes Defendant, U.S. Department of Homeland Security, Claims Management

Branch, by and through Bridget M. Brennan, Acting United States Attorney for the Northern

District of Ohio, and Rema A. Ina and Lisa Hammond Johnson, Assistant United States

Attorneys, and hereby gives Notice that on April 30, 2021, Defendant filed in the Office of the

Clerk of the United States District Court for the Northern District of Ohio, Eastern Division in

Cleveland, Ohio, a Notice of Removal of the above-entitled action to the said United States

District Court. A copy of the Notice of Removal is attached hereto. With this filing, this action

now stands removed from the Cleveland Municipal Court to the United States District Court for

the Northern District of Ohio.

1

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:    /s/ Lisa Hammond Johnson
            Lisa Hammond Johnson (OH #0061681)
            Assistant United States Attorney
            United States Courthouse
            801 West Superior Ave., Suite 400
            Cleveland, Ohio 44113
            216-622-3679 (Johnson)
            216-522-4982 (Fax)
            Lisa.Hammond.Johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2021, a copy of the foregoing *Notice of Filing a Notice of Removal* was served on all parties by this Court's electronic filing system.

            /s/ Lisa Hammond Johnson
            Lisa Hammond Johnson
            Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE McCALL | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT HOMELAND | ) | |
| SECURITY CLAIMS MANAGEMENT | ) | |
| BRANCH, | ) | |
| | ) | NOTICE OF REMOVAL |
| Defendant. | ) | |

Now comes Defendant, U.S. Department of Homeland Security, Claims Management

Branch ("TSA"), by and through Bridget M. Brennan, Acting United States Attorney for the

Northern District of Ohio, and Lisa Hammond Johnson, Assistant United States Attorney, and

respectfully states as follows:

1.      This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441, 1442, and 1446, for

disposition of Plaintiff's claims against Defendant, which are set forth in Cleveland Municipal

Court Case No. 2020 CVF 3032, captioned *George McCall v. U.S. Dep't Homeland Security*

*Claims Management Branch.* (A copy of the Summons and Complaint are attached hereto as

Exhibit A.)

2.      Defendant first received notice of the Complaint on March 31, 2021, and thirty days

have not expired since receipt by the Defendant of a copy of the initial pleading setting forth the

1

claim for relief upon which this proceeding is based.

3.      Plaintiff's Complaint alleges claims against a federal agency of the United States. Thus, this action may be removed to the United States District Court for the Northern District of Ohio for disposition, pursuant to 28 U.S.C. § 1442(a)(1).

4.      This Notice of Removal is being filed on April 30, 2021.   This notice is thus timely and proper in accordance with the provisions of 28 U.S.C. § 1446(b).

5.      A copy of this notice will promptly be served on all adverse parties and filed with the Clerk of Court for the Cleveland Municipal Court pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant prays that the above-captioned action, pending in the Cleveland Municipal Court, be removed to this Court.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:     /s/ Lisa Hammond Johnson
        Lisa Hammond Johnson (OH #0061681)
        Assistant United States Attorney
        United States Courthouse
        801 West Superior Ave., Suite 400
        Cleveland, Ohio 44113
        216-622-3679 (Johnson)
        216-522-4982 (Fax)
        Lisa.Hammond.Johnson@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of April, 2021, a copy of the foregoing *Notice of Removal* was filed electronically.   Notice of this filing will be served upon all parties by operation of the Court's electronic filing system.

<u>/s/ Lisa Hammond Johnson</u>
Lisa Hammond Johnson
Assistant United States Attorney

3



# CLEVELAND MUNICIPAL COURT
## Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY} SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

**PLAINTIFF**
GEORGE MCCALL

-VS-

**DEFENDANT**
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT BRANCH

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court,
Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
GEORGE MCCALL

A copy of the complaint is attached hereto.  The name and address of plaintiff's attorney is below

ANTHONY BAKER ESQ.
5320 HOAG DRIVE, SUITE B
ELYRIA, OH  44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you.
A copy of your answer must be served upon the attorney for the person who is suing you, who is called
the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the
plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against
you for the relief demanded in the complaint.  Your *EARNINGS MAY THEN BE GARNISHED*, or
your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantino*

P. CONSTANTINE, Deputy Clerk
March 18, 2021

GOVERNMENT
EXHIBIT

A

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA  20598

CVSUMMACT

IN THE CLEVELAND MUNICIPAL COURT

CIVIL DIVISION

*Cuyahoga* COUNTY OHIO

21 CVF 003034

| | | |
|---|---|---|
| GEORGE MCCALL | : | CASE NO. |
| 4519 BRIARWOOD DRIVE | : | |
| LORAIN, OHIO 44053 | : | JUDGE: |
| | : | |
| Plaintiff | : | |
| | : | |
| VS | : | |
| | : | |
| FRONTIER AIRLINES, INC | : | COMPLAINT FOR |
| 5300 RIVERSIDE DRIVE | : | CONVERSION, INTENTIONAL |
| CLEVELAND, OHIO 44135 | : | INFLICTION OF EMOTIONAL |
| | : | DISTRESS AND THEFT (R.C. 2307.61) |
| AND | : | |
| | : | |
| FRONTIER AIRLINES, INC | : | |
| C/O CORPORATION SERVICE COMPANY | : | |
| 50 WEST BROAD STREET – SUITE 1330 | : | |
| COLUMBUS, OHIO 43215 | : | |
| | : | |
| AND | : | |
| | : | |
| TSA – US DEPT. HOMELAND SECURITY | : | |
| 5300 RIVERSIDE DRIVE | : | |
| CLEVELAND, OHIO 44135 | : | |
| | : | |
| AND | : | |
| | : | |
| U.S. DEPT. OF HOMELAND SECURITY | : | |
| CLAIMS MANAGEMENT BRANCH | : | |
| 601 S. 12TH STREET – TSA-9 | : | |
| ARLINGTON, VIRGINIA 20598 | : | |
| | : | |
| Defendants | : | |

NOW COMES Plaintiff, by and through counsel, and for his Complaint against

Defendants, captioned above (hereafter "Defendants"), hereby states and avers as follows:

**Facts**

1. Plaintiff is a life-long resident of the State of Ohio and the County of Lorain.

2. The offense that gave rise to this action occurred in the City of Cleveland and County of Cuyahoga.

3. The amount in controversy is less than $15,000.00

4. Jurisdiction and venue are proper.

5. Plaintiff traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020.

6. Plaintiff makes several trips to Las Vegas each year and has done this for the past 20 years.

7. Plaintiff placed (packed) $10,000.00 in his luggage before departing from Cleveland.

8. When Plaintiff arrived in Las Vegas, he discovered that the money was missing.

9. Plaintiff also found a note / receipt from TSA that confirmed his luggage had been inspected by the Agency.

10. Plaintiff contacted Defendants while in Las Vegas and filed a police report when he returned to Cleveland.

11. Plaintiff made a formal claim / demand to Defendants on or about December 9, 2020 requesting the return of his money.

<u>Count One – Replevin</u>

12. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

13. Plaintiff is the owner of the luggage and the personal property, including the money ($10,000.00) that was contained inside his luggage.

14. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

15. Defendants intentionally withheld, converted, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

16. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

17. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

## Count Two – Conversion

18. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

19. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

20. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

21. Defendants intentionally withheld, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

22. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

23. As a direct and proximate result of Defendants' conversion, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

## Count Three – Theft

24. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

25. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

26. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

27. Defendants intentionally withheld, dispossessed, stole and / or permanently removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

28. Plaintiff made the appropriate demand for the return of his property. Defendants have denied liability for Plaintiff's loss.

29. As a direct and proximate result of Defendants' theft, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

<u>**Count Five – Intentional Infliction of Emotional Distress**</u>

30. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

31. Defendants' business tactics and blatant lack of concern for its customers were extreme and outrageous as Defendants fraudulently justified retaining Plaintiff's property and undertook business policies that shield them from liability.

32. Defendant's self-serving and irresponsible business practices allowed them and / or their employees to profit from Plaintiff's loss.

33. Plaintiff has suffered and will continue to suffer severe emotional damage as a direct result of the extreme, reckless and intentional acts of Defendants.

34. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

**WHEREFORE,** Plaintiff hereby demands judgment in his favor and against Defendants; additionally Plaintiff seeks a judgment for compensatory damages, punitive damages,

consequential damages, interest, attorney fees and court costs in the amount not to exceed

$15,000.00.

**Exhibits**

- TSA & Frontier Airlines Inc. demand letters

- TSA response to Plaintiff's initial complaint

- Cleveland Police Report

Respectfully submitted,

Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712
Email bakera5.tony@yahoo.com

CERTIFICATE OF SERVICE / SERVICE INSTRUCTIONS

CLERK, please serve a true copy of the forgoing Complaint, Exhibits, Summons and any / all other case-related documents upon Defendants by Certified US Mail to the afore-captioned addressed.

## THE LAW OFFICE OF ANTHONY BAKER

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

Regarding: George McCall's Claim – Demand Letter

Dear TSA:

I have been retained by George McCall to assist with this
matter. Ideally, we can resolve our differences without
involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier
Airlines on or about October 2, 2020. Mr. McCall makes several
trips each year to Las Vegas, and has done this for the past 20
years.

Ten Thousand Dollars was stolen from his luggage. Upon
discovering the theft of his money (in Las Vegas), Mr. McCall
contacted Frontier Airlines and TSA. I have included a copy of
the police report and a copy of my preliminary Complaint for
your review.

Simply stated, Mr. McCall demands / requests the return of his
money forthwith. Please contact my office with any questions or
concerns.

Respectfully yours,

Anthony Baker

**THE LAW OFFICE OF ANTHONY BAKER**

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

      Regarding: George McCall's Claim – Demand Letter

Dear Frontier Airline:

I have been retained by George McCall to assist with this
matter. Ideally, we can resolve our differences without
involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier
Airlines on or about October 2, 2020. Mr. McCall makes several
trips each year to Las Vegas, and has done this for the past 20
years.

Ten Thousand Dollars was stolen from his luggage. Upon
discovering the theft of his money (in Las Vegas), Mr. McCall
contacted Frontier Airlines and TSA. I have included a copy of
the police report and a copy of my preliminary Complaint for
your review.

Simply stated, Mr. McCall demands / requests the return of his
money forthwith. Please contact my office with any questions or
concerns.

Respectfully yours,


Anthony Baker



7196 9005 8630 0316 4680

U.S. Department of Homeland Security
Claims Management Branch
601 S. 12th Street, TSA-9
Arlington, VA 20598-6009

November 23, 2020



**Transportation
Security
Administration**

George McCall
4519 Briarwood Drive
Lorian OH  44052
United States

Re: TSA Control No.:  **2020110969383**

Dear  George McCall:

This constitutes final administrative action on your claim against the United States under the Federal Tort Claims
Act based upon the alleged negligent or wrongful acts or omissions of Transportation Security Administration
(TSA) personnel.

Your claim is denied.  After careful evaluation of all the evidence, we have determined that there are no legally
sustainable grounds upon which a finding of liability can be based on the part of TSA.

If you are dissatisfied with the action taken on your claim, you may file suit in an appropriate U.S. District Court
not later than six months after the date this letter was mailed.  This information is not intended to imply that any
such suit would be successful.

Should you have any questions, please address them to the Claims Management Branch.  We may be reached at
(571) 227-1300 or by email at TSAClaimsOffice@tsa.dhs.gov.

Yours sincerely,

Kimberly Davis
Assistant Director
Management Services and Claims
Financial Management Division

File 16.0.15.0   CMB 7-1-s



# Cleveland Division of Police
## Detail

Print Date/Time: 11/26/2020 11:58
Login ID: butlersh
Case Number: 2020-00321675

ORI Number: Cleveland Division of Police
OHCLP0000

## Case Details:

| | | | | |
|---|---|---|---|---|
| Case Number: | 2020-00321675 | | | |
| Location: | 5300 RIVERSIDE DR | Incident Type: | Grand Theft | |
| | Cleveland,OH 44135 | Occured From: | 10/02/2020 23:59 | |
| | | Occured Thru: | 10/06/2020 06:00 | |
| | | Reported Date: | 10/11/2020 14:58 Sunday | |
| Reporting Officer ID: | 1030-Rodriguez | Status: | Open/Active | Status Date: 10/12/2020 |
| Assigned Bureau: | District 1 | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|

| Associated Cases | Status | Assisting ORIs | Role |
|---|---|---|---|

| Modus Operandi | Solvability Factors | Weight |
|---|---|---|

Total:

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 23H | 2913.02 | Theft | 1 |



# Cleveland Division of Police
# Detail

| | | | |
|---|---|---|---|
| Print Date/Time: | 11/26/2020 11:58 | | Cleveland Division of Police |
| Login ID: | butlersh | ORI Number: | OHCLP0000 |
| Case Number: | 2020-00321675 | | |

<u>Offense #</u>    1

| | | | | | | |
|---|---|---|---|---|---|---|
| Group/ORI: State | Crime Code: 23H | Statute: 2913.02 | Counts: 1 | Attempt/ Commit Code: | Committed |
| Description: | Theft | | | Offense Date: | 10/02/2020 |
| NCIC Code: | 2399 | Scene Code: | Transit Facility | Bias/Motivation: | No Bias / Not Applicable |
| | | | | | |
| Offense Status: | Open/Active | Status Date: | 10/13/2020 | Occupancy Code: | |
| Arson Code: | | Domestic Code: | No | Child Abuse: | |
| Gang Related: | No | Aiding/Abetting: | | Sub-Code: | |
| # of Adults: | | # of Juveniles: | | IBR Seq. No: | 1 |
| Property Damage Amt.: | | Abandoned Structure: | | Household Status: | |
| Domestic Circumstance: | | Carjacking: | | | |
| Accosting Situation: | | Hate Bias Indicator: | | Premise Code: | |
| Gambling Motivated: | | Order of Protection: | | Prior Inv - Victim: | |
| Prior Inv - Offender: | | Anit-reproductive rights crime: | | Cargo Theft: | N |
| Special Circumstances: | | Precipitating Event: | | | |

<u>Offender Suspected of Using</u>

| | |
|---|---|
| Alcohol: | No |
| Drugs: | No |
| Computer: | No |
| Aggravated Assault/ Homicide Circumstances #1: | |
| Aggravated Assault/ Homicide Remarks #1: | |
| Justifiable Homicide Circumstances : | |
| Method of Entry Type: | |
| Point of Entry: | |
| Method of Exit Type: | |
| Point of Exit: | |
| Direction of Travel: | |
| Counterfeit Type: | |

<u>Victim Suspected of Using</u>

| | |
|---|---|
| Alcohol: | No |
| Drugs: | No |
| Computer: | No |
| Aggravated Assault/ Homicide Circumstances #2: | |
| Aggravated Assault/ Homicide Remarks #2: | |
| Justifiable Homicide Code : | |
| Method of Entry : | |
| # of Premises Entered : | |
| Method of Exit : | |
| How Left Scene: | |
| Counterfeit Status: | |

Larceny Type:  (H)All Other Larcenies

Counterfeit Amount:

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person | 1 | Zahoor, Hassan | 5300 RIVERSIDE DR Cleveland,OH 44135 | | Unknown | Male | |
| Victim | 1 | McCall, George L | 44519 BRIARWOOD DR Lorain,OH 44053 | | Black | Male | 04/16/1969 51 |



# Cleveland Division of Police
## Detail

| | |
|---|---|
| **Print Date/Time:** 11/26/2020 11:58 | |
| **Login ID:** butlersh | **ORI Number:** Cleveland Division of Police |
| **Case Number:** 2020-00321675 | OHCLP0000 |

### Subject #    1-Reporting Person

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Zahoor, Hassan | **Race:** | Unknown | **Sex:** | Male | | |
| **Address:** | 5300 RIVERSIDE DR | **Height:** | . | **Weight:** | | **Build:** | |
| | Cleveland OH 44135 | **Eyes:** | Unknown | **Hair:** | Unknown | **Age:** | |
| **Primary Phone:** | [redacted] | **SSN:** | | **DVL #:** | | **State:** | |
| **Resident Type:** | Unknown | **Resident Status:** | Unknown | | **Statement Type:** | Verbal | |
| **Disposition:** | | **Date:** | | | **Custody Status:** | | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

### Missing Person Information

### Subject #    1-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | Yes | | | | | | |
| **Name:** | McCall, George L | **Victim Type:** | Individual | | | | |
| **Address:** | 44519 BRIARWOOD DR | **Race:** | Black | **Sex:** | Male | **DOB:** | 04/16/1969 |
| | Lorain OH 44053 | **Height:** | 6ft 5 in | **Weight:** | 280.0 lbs. | **Build:** | |
| **Primary Phone:** | [redacted] | **Eyes:** | Brown | **Hair:** | Brown | **Age:** | 51 |
| **Resident Type:** | Non Resident | **SSN:** | [redacted] | **DVL #:** | [redacted] | **State:** | OH |
| **Disposition:** | | **Resident Status:** | Other Status | | **Statement Type:** | Verbal | |
| | | **Date:** | | | **Custody Status:** | | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

### Missing Person Information

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|



# Cleveland Division of Police
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | |
| **Login ID:** | butlersh | |
| **Case Number:** | 2020-00321675 | |

**ORI Number:** Cleveland Division of Police
OHCLP0000

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 10/11/2020 | Stolen | Cash / Currency | | | TEN THOUSAND DOLLARS OF U.S. CURRENCY | | |

**Seq #**   1

| | | | |
|---|---|---|---|
| Tag Number: | Item Number: | | |
| Property Codes: | Property Type: Cash / Currency | Property Class: Cash / Currency | Date Received: 10/11/2020 |
| Stolen | UCR Value: | Initial Value: $10,000.00 | Stolen Location: Airport/Seaport |
| Quantity: | Unit of Measure: | Measurement Source: | |
| Description: TEN THOUSAND DOLLARS OF U.S. CURRENCY | | Officer Remarks: | |
| Make: | Model: | Style: | Style Desc: |
| Year: | OAN: | Serial #: | Color: |
| Condition: | Reg. Type: | Reg. ORI: | Reg. Number: |
| Reg. State: | Reg. Year: | Reg. Date: | Reg. Expiration: |

### Recovery Information

| | | | |
|---|---|---|---|
| Location: | Date: | Code: | Value: |
| RFOJ?: | ORI: | Recovered Address: | |

### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | McCall, George L | 44519 BRIARWOOD DR Lorain, OH 44053 | ▓▓▓▓▓ | | |

| | | |
|---|---|---|
| Insurance Company: | Policy Number: | Lein Holder: |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**
- ☐ Detective Bureau
- ☐ Sex Crimes
- ☐ Homicide
- ☐ Prosecutor's Office

## Original Narrative

THEFT
Sir,

On Sunday, 10-11-20, at approximately 1326 hours, I received an assignment to respond to the Frontier ticket counter in connection with missing money. I responded, activated by WCS 2765, and met with the victim, George McCall.

Mr. McCall reports that on October 2, 2020, he traveled to Cleveland Hopkins Airport and checked in his hard shell suitcase, black in color which contained ten thousand dollars in U.S. currency. There were two stacks of five thousand dollars; all one hundred dollar bills which were inside the right side pocket of his blue jogging pants which was packed inside the suitcase with all his other belongings. The victim further stated that he traveled alone and arrived at his hotel (Bally's) in Las Vegas. Victim unpacked his suitcase and hung up his clothes the then looked in the pockets of his jogging pants and discovered his ten thousand dollars missing. The victim called Frontier Airlines an hour later and they informed him that he will have to file a claim when he returns to Cleveland. The victim proceeded to enjoy his stay in Las Vegas and he returned to Cleveland on Sunday, October 4, 2020. The victim stated that he got in touch with TSA's Donald Kemer about the missing money on October 5, 2020 and Mr. Kemer provided the victim with a link to download a claim form which he and his fiancé, Betty J. Quatlebaum, did and he completed and submitted it. On today's date, October 11, 2020, the victim traveled to Cleveland Hopkins Airport to complete a CPD "Theft" report and in addition, he spoke with a Frontier supervisor and Reporting Person, Hassan Zahoor, who assisted Mr. McCall in how to file a "pilferage claim" which is a claim form for checked baggage that is missing items. I informed Mr. McCall that it is undetermined where this money has gone missing. Victim showed me an email that was sent by TSA on October 7th tell him, in part, that TSA has looked through their camera system and found no evidence of wrongdoing in the handling of his bag and no evidence that anyone took any money from his bag.

Victim flew to Las Vegas on Frontier Airlines flight number F92015 and he left Cleveland at 10:34 PM and arrived in Las Vegas at 11:59 PM. Victim returned to Cleveland on October 4, 2020 on flight number F92014 and arrived in Cleveland at 1:01 PM.

No Suspects / No Arrests

Respectfully request First District Detective Bureau to follow up.

SDCO.DD
20-321675
10-13-20



91 7190 1552 0709 1258 3661

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA 20598

2O_*156069414*_O

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA  20598

CVSUMMACT



JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

George McCall

**(b)** County of Residence of First Listed Plaintiff      Lorain
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Anthony Baker, Esq.
5320 Hoag Drive, Suite B
Elvria, OH 44035

### DEFENDANTS

U.S. Dep't of Homeland Security Claims Management Branch

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Lisa Hammond Johnson,
U.S. Attorney's Office, Northern District of Ohio
801 W. Superior Avenue, Suite 400, Cleveland, OH 44113

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* | |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                            *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*                                      Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28  U.S.C. Sec. 2674

Brief description of cause:
Recovery of cash allegedly in checked baggage on flight from Cleveland, Ohio to Las Vegas, NV

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
$15,000

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____          DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Apr 30, 2021 | LISA JOHNSON    Digitally signed by LISA JOHNSON Date: 2021.04.30 11:58:46 -04'00' |

### FOR OFFICE USE ONLY

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**        Civil Categories: (Please check <u>one category only</u>  ).

       1. ☐     General Civil

       2. ☐     Administrative Review/Social Security

       3. ☐     Habeas Corpus Death Penalty

       *If under Title 28, §2255, name the SENTENCING JUDGE:

       CASE NUMBER:

**II.**    **RELATED OR REFILED CASES** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled.  Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

     This action: ☐ is **RELATED** to another **PENDING** civil case ☐ is a **REFILED** case ☐ was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**    In accordance with Local Civil Rule   **3.8**, actions involving counties in the Eastern Division shall be filed at any of  the divisional offices therein.  Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

     ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

     (1)    <u>Resident defendant</u>. If the defendant resides in a county within this district, please set forth the name of such county
<u>COUNTY</u>:
Corporation  **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

     (2)    <u>Non-Resident defendant</u>. If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
<u>COUNTY</u>: Cuyahoga

     (3)    <u>Other Cases</u>. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
<u>COUNTY</u>: Lorain

**IV.**    The Counties in the Northern District of Ohio are divided into divisions as shown below.  After the county is determined in Section  III, please check the appropriate division.

<u>EASTERN DIVISION</u>

     ☐    **AKRON**          (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)

     ☑    **CLEVELAND**     (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)

     ☐    **YOUNGSTOWN**   (Counties: Columbiana, Mahoning and Trumbull)

<u>WESTERN DIVISION</u>

     ☐    **TOLEDO**        (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

JS 44 Reverse (Rev. 10/20)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  (b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  (c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
  United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
  United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
  Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
  Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.)**

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin.** Place an "X" in one of the seven boxes.
  Original Proceedings. (1) Cases which originate in the United States district courts.
  Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
  Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
  Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
  Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
  Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
  Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
  **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
  Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
  Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/22/2021

CLEVELAND MUNICIPAL COURT:

The following is the delivery information for Certified Mail™ item number 7190 1552 0709 1258 3630. Our records indicate that this item was delivered on 03/20/2021 at 05:33 p.m. in CLEVELAND, OH 44135. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       2021 CVF 003034


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/22/2021

CLEVELAND MUNICIPAL COURT:

The following is the delivery information for Certified Mail™ item number 7190 1552 0709 1258 3654.
Our records indicate that this item was delivered on 03/20/2021 at 05:38 p.m. in CLEVELAND, OH
44135. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        2021 CVF 003034


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/29/2021

CLEVELAND MUNICIPAL COURT:

The following is the delivery information for Certified Mail™ item number 7190 1552 0709 1258 3661. Our records indicate that this item was delivered on 03/24/2021 at 06:43 a.m. in DHS, VA 20598. The scanned image of the recipient information is provided below.

Signature of Recipient :

| Delivery Section | |
|---|---|
| Signature X | K Lnsby |
| Printed Name | |

Address of Recipient :

| Delivery Address | 20529 20536 20472 20595 |
|---|---|
| | 20598 20223 20529 20598 |

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        2021 CVF 003034


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/29/2021

CLEVELAND MUNICIPAL COURT:

The following is the delivery information for Certified Mail™ item number 7190 1552 0709 1258 3647.
Our records indicate that this item was delivered on 03/25/2021 at 11:37 a.m. in COLUMBUS, OH 43215.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        2021 CVF 003034

# CLEVELAND MUNICIPAL COURT
## Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY}  SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

**PLAINTIFF**
GEORGE MCCALL

-VS-

**DEFENDANT**
FRONTIER AIRLINES INC

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court,
Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
**GEORGE MCCALL**

A copy of the complaint is attached hereto.  The name and address of plaintiff's attorney is below

**ANTHONY BAKER ESQ.**
5320 HOAG DRIVE, SUITE B
ELYRIA, OH  44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you.
A copy of your answer must be served upon the attorney for the person who is suing you, who is called
the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the
plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against
you for the relief demanded in the complaint.  Your *EARNINGS MAY THEN BE GARNISHED*, or
your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantine*

**P. CONSTANTINE, Deputy Clerk**
**March 18, 2021**

2021 CVF 003034
FRONTIER AIRLINES INC
5300 RIVERSIDE DRIVE
CLEVELAND, OH  44135

CVSUMMACT



91 7190 1552 0709 1258 3630

2021 CVF 003034
FRONTIER AIRLINES INC
5300 RIVERSIDE DRIVE
CLEVELAND, OH 44135

2O_*156069414*_O

2021 CVF 003034
FRONTIER AIRLINES INC
5300 RIVERSIDE DRIVE
CLEVELAND, OH   44135                                    CVSUMMACT

# C L E V E L A N D  M U N I C I P A L  C O U R T
## Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
### CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY} SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

**PLAINTIFF**
GEORGE MCCALL

-VS-

**DEFENDANT**
FRONTIER AIRLINES INC

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court,
Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
GEORGE MCCALL

A copy of the complaint is attached hereto.  The name and address of plaintiff's attorney is below

**ANTHONY BAKER ESQ.**
5320 HOAG DRIVE, SUITE B
ELYRIA, OH  44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you.
A copy of your answer must be served upon the attorney for the person who is suing you, who is called
the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the
plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against
you for the relief demanded in the complaint.  Your *EARNINGS MAY THEN BE GARNISHED*, or
your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantine*

P. CONSTANTINE, Deputy Clerk
March 18, 2021

2021 CVF 003034
FRONTIER AIRLINES INC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH  43215                          CVSUMMACT



91 7190 1552 0709 1258 3647

2021 CVF 003034
FRONTIER AIRLINES INC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH 43215

2O_*156069414*_O

2021 CVF 003034
FRONTIER AIRLINES INC
C/O CORPORATION SERVICE COMPANY
50 WEST BROAD STREET SUITE 1330
COLUMBUS, OH   43215                                    CVSUMMACT

# CLEVELAND MUNICIPAL COURT
## Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY} SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

**PLAINTIFF**
GEORGE MCCALL

-VS-

**DEFENDANT**
TSA US DEPT HOMELAND SECURITY

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court,
Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
**GEORGE MCCALL**

A copy of the complaint is attached hereto.  The name and address of plaintiff's attorney is below

**ANTHONY BAKER ESQ.**
5320 HOAG DRIVE, SUITE B
ELYRIA, OH  44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you.
A copy of your answer must be served upon the attorney for the person who is suing you, who is called
the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the
plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against
you for the relief demanded in the complaint.  Your *EARNINGS MAY THEN BE GARNISHED*, or
your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantine*

**P. CONSTANTINE, Deputy Clerk**
**March 18, 2021**

2021 CVF 003034
TSA US DEPT HOMELAND SECURITY
5300 RIVERSIDE DRIVE
CLEVELAND, OH  44135                    CVSUMMACT



91 7190 1552 0709 1258 3654

2021 CVF 003034
TSA US DEPT HOMELAND SECURITY
5300 RIVERSIDE DRIVE
CLEVELAND, OH 44135

2O_*156069414*_O

2021 CVF 003034
TSA US DEPT HOMELAND SECURITY
5300 RIVERSIDE DRIVE
CLEVELAND, OH   44135

CVSUMMACT

# CLEVELAND MUNICIPAL COURT
## Office of the Clerk of Court
### Earle B. Turner
Justice Center • Level Two
1200 Ontario Street • Cleveland, Ohio 44113-1669
## CIVIL DIVISION

THE STATE OF OHIO
CUYAHOGA COUNTY} SS

**SUMMONS IN CIVIL ACTION**
2021 CVF 003034

### PLAINTIFF
GEORGE MCCALL

-VS-

### DEFENDANT
US DEPT HOMELAND SECURITY CLAIMS MANAGEMENT BRANCH

You have been named defendant (s) in a complaint filed in Cleveland Municipal Court,
Level Two, Justice Center, 1200 Ontario, Cleveland, Ohio 44113 by
**Plaintiff (s):**
GEORGE MCCALL

A copy of the complaint is attached hereto.  The name and address of plaintiff's attorney is below

**ANTHONY BAKER ESQ.**
5320 HOAG DRIVE, SUITE B
ELYRIA, OH  44035

You must file an *ANSWER* to this complaint within 28 days after this summons is served on you.
A copy of your answer must be served upon the attorney for the person who is suing you, who is called
the plaintiff, or upon the plaintiff himself, if he has no attorney of record.

Your original answer must be filed with the Court within three days after service of the answer on the
plaintiff's attorney.

If you fail to defend yourself against this complaint, *DEFAULT JUDGMENT* can be rendered against
you for the relief demanded in the complaint.  Your *EARNINGS MAY THEN BE GARNISHED*, or
your property may be attached to satisfy the judgment.

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT

*Pauline Constantine*

P. CONSTANTINE, Deputy Clerk
March 18, 2021

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA  20598

CVSUMMACT



91 7190 1552 0709 1258 3661

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA 20598

2O_*156069414*_O

2021 CVF 003034
US DEPT HOMELAND SECURITY
CLAIMS MANAGEMENT BRANCH
601 S 12TH STREET TSA 9
ARLINGTON, VA   20598                                    CVSUMMACT

SCANNED

IN THE CLEVELAND MUNICIPAL COURT
CIVIL DIVISION
*Cuyahoga* COUNTY, OHIO

GEORGE MCCALL                          :        CASE NO.
4519 BRIARWOOD DRIVE                   :        21 CVF   003034
LORAIN, OHIO 44053                     :        JUDGE:
                                       :
        Plaintiff                      :
                                       :
VS                                     :
                                       :
FRONTIER AIRLINES, INC                 :        COMPLAINT FOR R[  
5300 RIVERSIDE DRIVE                   :        CONVERSION, INTENTIONAL
CLEVELAND, OHIO 44135                  :        INFLICTION OF EMOTIONAL
                                       :        DISTRESS AND THEFT (R.C. 2307.61)
AND                                    :
                                       :
FRONTIER AIRLINES, INC                 :
C/O CORPORATION SERVICE COMPANY        :
50 WEST BROAD STREET – SUITE 1330      :
COLUMBUS, OHIO 43215                   :
                                       :
AND                                    :
                                       :
TSA – US DEPT. HOMELAND SECURITY       :
5300 RIVERSIDE DRIVE                   :
CLEVELAND, OHIO 44135                  :
                                       :
AND                                    :
                                       :
U.S. DEPT. OF HOMELAND SECURITY        :
CLAIMS MANAGEMENT BRANCH               :
601 S. 12TH STREET – TSA-9             :
ARLINGTON, VIRGINIA 20598              :
                                       :
        Defendants                     :


NOW COMES Plaintiff, by and through counsel, and for his Complaint against

Defendants, captioned above (hereafter "Defendants"), hereby states and avers as follows:

**Facts**

1.  Plaintiff is a life-long resident of the State of Ohio and the County of Lorain.

2.  The offense that gave rise to this action occurred in the City of Cleveland and County of Cuyahoga.

3.  The amount in controversy is less than $15,000.00

4.  Jurisdiction and venue are proper.

5.  Plaintiff traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020.

6.  Plaintiff makes several trips to Las Vegas each year and has done this for the past 20 years.

7.  Plaintiff placed (packed) $10,000.00 in his luggage before departing from Cleveland.

8.  When Plaintiff arrived in Las Vegas, he discovered that the money was missing.

9.  Plaintiff also found a note / receipt from TSA that confirmed his luggage had been inspected by the Agency.

10. Plaintiff contacted Defendants while in Las Vegas and filed a police report when he returned to Cleveland.

11. Plaintiff made a formal claim / demand to Defendants on or about December 9, 2020 requesting the return of his money.

### Count One – Replevin

12. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

13. Plaintiff is the owner of the luggage and the personal property, including the money ($10,000.00) that was contained inside his luggage.

14. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

15. Defendants intentionally withheld, converted, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

16. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

17. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

### Count Two – Conversion

18. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

19. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

20. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

21. Defendants intentionally withheld, stole and / or removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

22. Plaintiff made the appropriate demand for the return of his property; Defendants wrongfully retained possession of said money and / or denied liability for Plaintiff's loss.

23. As a direct and proximate result of Defendants' conversion, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

### Count Three – Theft

24. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

25. Plaintiff was the owner of the luggage and the personal property, including the money ($10,000.00) contained inside his luggage.

26. At all times relevant herein, Defendants were aware of the ownership rights of Plaintiff with regard to his luggage and the contents therein. Defendants were also aware of their limited authority to inspect Plaintiff's personal property.

27. Defendants intentionally withheld, dispossessed, stole and / or permanently removed Plaintiff's property without a lawful excuse and with full knowledge that the property (money) belonged to Plaintiff.

28. Plaintiff made the appropriate demand for the return of his property. Defendants have denied liability for Plaintiff's loss.

29. As a direct and proximate result of Defendants' theft, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

## Count Five – Intentional Infliction of Emotional Distress

30. Plaintiff re-avers and re-alleges each and every allegation contained in the foregoing paragraphs, as if fully rewritten herein.

31. Defendants' business tactics and blatant lack of concern for its customers were extreme and outrageous as Defendants fraudulently justified retaining Plaintiff's property and undertook business policies that shield them from liability.

32. Defendant's self-serving and irresponsible business practices allowed them and / or their employees to profit from Plaintiff's loss.

33. Plaintiff has suffered and will continue to suffer severe emotional damage as a direct result of the extreme, reckless and intentional acts of Defendants.

34. As a direct and proximate result of Defendants' actions, Plaintiff is entitled to a money judgment for the personal property (money) not returned to him in an amount equal to the actual value of the property, to wit: $10,000.00; consequential damages; punitive damages; interest and all costs and expenses of this action, including reasonable attorney fees.

**WHEREFORE,** Plaintiff hereby demands judgment in his favor and against Defendants; additionally Plaintiff seeks a judgment for compensatory damages, punitive damages,

consequential damages, interest, attorney fees and court costs in the amount not to exceed $15,000.00.

## Exhibits

- TSA & Frontier Airlines Inc. demand letters

- TSA response to Plaintiff's initial complaint

- Cleveland Police Report

RECEIVED PAYMENT

MAR 1 6 2021

EARLE B. TURNER, Clerk
By_____
                          Deputy

Respectfully submitted,

_____
Anthony Baker, Esquire (#0084620)
Attorney for Plaintiff
5425 Detroit Road – Suite 10
Sheffield, Ohio 44054
Tel (440) 596 – 9876
Fax (440) 934 – 0712
Email bakera5.tony@yahoo.com

## CERTIFICATE OF SERVICE / SERVICE INSTRUCTIONS

CLERK, please serve a true copy of the forgoing Complaint, Exhibits, Summons and any / all other case-related documents upon Defendants by Certified US Mail to the afore-captioned addressed.

# THE LAW OFFICE OF ANTHONY BAKER

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

Regarding: George McCall's Claim – Demand Letter

Dear TSA:

I have been retained by George McCall to assist with this matter. Ideally, we can resolve our differences without involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier Airlines on or about October 2, 2020. Mr. McCall makes several trips each year to Las Vegas, and has done this for the past 20 years.

Ten Thousand Dollars was stolen from his luggage. Upon discovering the theft of his money (in Las Vegas), Mr. McCall contacted Frontier Airlines and TSA. I have included a copy of the police report and a copy of my preliminary Complaint for your review.

Simply stated, Mr. McCall demands / requests the return of his money forthwith. Please contact my office with any questions or concerns.

Respectfully yours,


Anthony Baker

# THE LAW OFFICE OF ANTHONY BAKER

5425 Detroit Road – 10
Sheffield, Ohio 44054
Tel 440.596.9876
Fax 440.934.0712

December 9, 2020

Regarding: George McCall's Claim – Demand Letter

Dear Frontier Airline:

I have been retained by George McCall to assist with this
matter. Ideally, we can resolve our differences without
involving the court.

Mr. McCall traveled from Cleveland to Las Vegas on Frontier
Airlines on or about October 2, 2020. Mr. McCall makes several
trips each year to Las Vegas, and has done this for the past 20
years.

Ten Thousand Dollars was stolen from his luggage. Upon
discovering the theft of his money (in Las Vegas), Mr. McCall
contacted Frontier Airlines and TSA. I have included a copy of
the police report and a copy of my preliminary Complaint for
your review.

Simply stated, Mr. McCall demands / requests the return of his
money forthwith. Please contact my office with any questions or
concerns.

Respectfully yours,


Anthony Baker

7196 9005 8630 0316 4680

U.S. Department of Homeland Security
Claims Management Branch
601 S. 12th Street, TSA-9
Arlington, VA 20598-6009

November 23, 2020

George McCall
4519 Briarwood Drive
Lorian OH 44052
United States



**Transportation
Security
Administration**

Re: TSA Control No.: **2020110969383**

Dear George McCall:

This constitutes final administrative action on your claim against the United States under the Federal Tort Claims Act based upon the alleged negligent or wrongful acts or omissions of Transportation Security Administration (TSA) personnel.

Your claim is denied. After careful evaluation of all the evidence, we have determined that there are no legally sustainable grounds upon which a finding of liability can be based on the part of TSA.

If you are dissatisfied with the action taken on your claim, you may file suit in an appropriate U.S. District Court not later than six months after the date this letter was mailed. This information is not intended to imply that any such suit would be successful.

Should you have any questions, please address them to the Claims Management Branch. We may be reached at (571) 227-1300 or by email at TSAClaimsOffice@tsa.dhs.gov.

Yours sincerely,

Kimberly Davis
Assistant Director
Management Services and Claims
Financial Management Division



# Cleveland Division of Police
## Detail

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | | **Cleveland Division of Police** |
| **Login ID:** | butlersh | **ORI Number:** | OHCLP0000 |
| **Case Number:** | 2020-00321675 | | |

## Case Details:

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 2020-00321675 | | | | |
| **Location:** | 5300 RIVERSIDE DR | **Incident Type:** | Grand Theft | | |
| | Cleveland,OH 44135 | **Occured From:** | 10/02/2020 23:59 | | |
| | | **Occured Thru:** | 10/06/2020 06:00 | | |
| | | **Reported Date:** | 10/11/2020 14:58 Sunday | | |
| **Reporting Officer ID:** | 1030-Rodriguez | **Status:** | Open/Active | **Status Date:** | 10/12/2020 |
| **Assigned Bureau:** | District 1 | | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|

| Associated Cases | Status | Assisting ORIs | Role |
|---|---|---|---|

| Modus Operandi | Solvability Factors | Weight |
|---|---|---|
| | | **Total:** |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 23H | 2913.02 | Theft | 1 |

Page: 1 of 5



# Cleveland Division of Police
# Detail

| | | |
|---|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 | Cleveland Division of Police |
| **Login ID:** | butlersh | **ORI Number:** OHCLP0000 |
| **Case Number:** | 2020-00321675 | |

<u>**Offense #**</u>    1

| | | | | | |
|---|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 23H | **Statute:** 2913.02 | **Counts:** 1 | **Attempt/ Commit Code:** | Committed |
| **Description:** Theft | | | | **Offense Date:** | 10/02/2020 |
| **NCIC Code:** 2399 | | **Scene Code:** Transit Facility | | **Bias/Motivation:** | No Bias / Not Applicable |

| | | | |
|---|---|---|---|
| **Offense Status:** Open/Active | **Status Date:** 10/13/2020 | **Occupancy Code:** | |
| **Arson Code:** | **Domestic Code:** No | **Child Abuse:** | |
| **Gang Related:** No | **Aiding/Abetting:** | **Sub-Code:** | |
| **# of Adults:** | **# of Juveniles:** | **IBR Seq. No:** | 1 |
| **Property Damage Amt.:** | **Abandoned Structure:** | **Household Status:** | |
| **Domestic Circumstance:** | **Carjacking:** | | |
| **Accosting Situation:** | **Hate Bias Indicator:** | **Premise Code:** | |
| **Gambling Motivated:** | **Order of Protection:** | **Prior Inv - Victim:** | |
| **Prior Inv - Offender:** | **Anit-reproductive rights crime:** | **Cargo Theft:** | N |
| **Special Circumstances:** | **Precipitating Event:** | | |

| <u>**Offender Suspected of Using**</u> | | <u>**Victim Suspected of Using**</u> | |
|---|---|---|---|
| **Alcohol:** | No | **Alcohol:** | No |
| **Drugs:** | No | **Drugs:** | No |
| **Computer:** | No | **Computer:** | No |
| **Aggravated Assault/ Homicide Circumstances #1:** | | **Aggravated Assault/ Homicide Circumstances #2:** | |
| **Aggravated Assault/ Homicide Remarks #1:** | | **Aggravated Assault/ Homicide Remarks #2:** | |
| **Justifiable Homicide Circumstances :** | | **Justifiable Homicide Code :** | **Larceny Type:** (H)All Other Larcenies |
| **Method of Entry Type:** | | **Method of Entry :** | |
| **Point of Entry:** | | **# of Premises Entered :** | |
| **Method of Exit Type:** | | **Method of Exit :** | |
| **Point of Exit:** | | **How Left Scene:** | |
| **Direction of Travel:** | | | |
| **Counterfeit Type:** | | **Counterfeit Status:** | **Counterfeit Amount:** |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person | 1 | Zahoor, Hassan | 5300 RIVERSIDE DR <br><br> Cleveland,OH 44135 | ▬▬▬ | Unknown | Male | |
| Victim | 1 | McCall, George L | 44519 BRIARWOOD DR <br> Lorain,OH 44053 | ▬▬▬ | Black | Male | 04/16/1969 <br> 51 |



# Cleveland Division of Police
## Detail

| | |
|---|---|
| **Print Date/Time:** | 11/26/2020 11:58 |
| **Login ID:** | butlersh |
| **Case Number:** | 2020-00321675 |

**ORI Number:**  Cleveland Division of Police
OHCLP0000

### Subject #      1-Reporting Person

| | | | | | | |
|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | |
| **Name:** | Zahoor, Hassan | **Race:** | Unknown | **Sex:** | Male | |
| **Address:** | 5300 RIVERSIDE DR | **Height:** | Unknown | **Weight:** | | **Build:** |
| | Cleveland OH 44135 | **Eyes:** | Unknown | **Hair:** | Unknown | **Age:** |
| **Primary Phone:** | ▓▓▓▓▓▓ | **SSN:** | Unknown | **DVL #:** | | **State:** |
| **Resident Type:** | Unknown | **Resident Status:** | Unknown | **Statement Type:** | Verbal | |
| **Disposition:** | | **Date:** | | **Custody Status:** | | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

### Missing Person Information

### Subject #      1-Victim

| | | | | | | |
|---|---|---|---|---|---|---|
| **Primary:** | Yes | **Victim Type:** | Individual | | | |
| **Name:** | McCall, George L | **Race:** | Black | **Sex:** | Male | **DOB:** 04/16/1969 |
| **Address:** | 44519 BRIARWOOD DR | **Height:** | 6ft 5 in | **Weight:** | 280.0 lbs. | **Build:** |
| | Lorain OH 44053 | **Eyes:** | Brown | **Hair:** | Brown | **Age:** 51 |
| **Primary Phone:** | ▓▓▓▓▓▓ | **SSN:** | ▓▓▓▓ | **DVL #:** | ▓▓▓▓ | **State:** OH |
| **Resident Type:** | Non Resident | **Resident Status:** | Other Status | **Statement Type:** | Verbal | |
| **Disposition:** | | **Date:** | | **Custody Status:** | | |

### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 23H | 2913.02 | Theft |

### Related Weapons

### Victim/Offender Relationship

| | | |
|---|---|---|
| **Transported By:** | **Extent of Injury:** | **Hospital:** |
| **Domestic Violence:** | **Domestic Violence Referrals:** | **Federal Agencies Involved:** |
| **Condition:** | **Medical Treatment:** | |

### Missing Person Information

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|



# Cleveland Division of Police
# Detail

| | | | |
|---|---|---|---|
| Print Date/Time: | 11/26/2020 11:58 | | Cleveland Division of Police |
| Login ID: | butlersh | ORI Number: | OHCLP0000 |
| Case Number: | 2020-00321675 | | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 10/11/2020 | Stolen | Cash / Currency | | | TEN THOUSAND DOLLARS OF U.S. CURRENCY | | |

**Seq #**   1

| | | | |
|---|---|---|---|
| Tag Number: | | Item Number: | |
| **Property Codes:** | **Property Type:** Cash / Currency | **Property Class:** Cash / Currency | **Date Received:** 10/11/2020 |
| Stolen | UCR Value: | Initial Value: $10,000.00 | Stolen Location: Airport/Seaport |
| Quantity: | Unit of Measure: | Measurement Source: | |
| Description: TEN THOUSAND DOLLARS OF U.S. CURRENCY | | Officer Remarks: | |
| Make: | Model: | Style: | Style Desc: |
| Year: | OAN: | Serial #: | Color: |
| Condition: | Reg. Type: | Reg. ORI: | Reg. Number: |
| Reg. State: | Reg. Year: | Reg. Date: | Reg. Expiration: |

### Recovery Information

| | | | |
|---|---|---|---|
| Location: | Date: | Code: | Value: |
| RFOJ?: | ORI: | Recovered Address: | |

### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | McCall, George L | 44519 BRIARWOOD DR Lorain, OH 44053 | ████████ | | |

| | | | |
|---|---|---|---|
| Insurance Company: | Policy Number: | Lein Holder: | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

- ☐ Detective Bureau
- ☐ Sex Crimes
- ☐ Homicide
- ☐ Prosecutor's Office

**Original Narrative**

**THEFT**
Sir,
On Sunday, 10-11-20, at approximately 1326 hours, I received an assignment to respond to the Frontier ticket counter in connection with missing money.  I responded, activated by WCS 2765, and met with the victim, George McCall.
Mr. McCall reports that on October 2, 2020, he traveled to Cleveland Hopkins Airport and checked in his hard shell suitcase, black in color which contained ten thousand dollars in U.S. currency.  There were two stacks of five thousand dollars; all one hundred dollar bills which were inside the right side pocket of his blue jogging pants which was packed inside the suitcase with all his other belongings.  The victim further stated that he traveled alone and arrived at his hotel (Bally's) in Las Vegas.  Victim unpacked his suitcase and hung up his clothes the then looked in the pockets of his jogging pants and discovered his ten thousand dollars missing.
The victim called Frontier Airlines an hour later and they informed him that he will have to file a claim when he returns to Cleveland.  The victim proceeded to enjoy his stay in Las Vegas and he returned to Cleveland on Sunday, October 4, 2020.  The victim stated that he got in touch with TSA's Donald Kemer about the missing money on October 5, 2020 and Mr. Kemer provided the victim with a link to download a claim form which he and his fiancé, Betty J. Quatlebaum, did and he completed and submitted it.  On today's date, October 11, 2020, the victim traveled to Cleveland Hopkins Airport to complete a CPD "Theft" report and in addition, he spoke with a Frontier supervisor and Reporting Person, Hassan Zahoor, who assisted Mr. McCall in how to file a "pilferage claim" which is a claim form for checked baggage that is missing items.  I informed Mr. McCall that it is undetermined where this money has gone missing.
Victim showed me an email that was sent by TSA on October 7th tell him, in part, that TSA has looked through their camera system and found no evidence of wrongdoing in the handling of his bag and no evidence that anyone took any money from his bag.
Victim flew to Las Vegas on Frontier Airlines flight number F92015 and he left Cleveland at 10:34 PM and arrived in Las Vegas at 11:59 PM.  Victim returned to Cleveland on October 4, 2020 on flight number F92014 and arrived in Cleveland at 1:01 PM.
No Suspects / No Arrests
Respectfully request First District Detective Bureau to follow up.
SDCO.DD
20-321675
10-13-20

**21 CVF 003034**

**Cleveland Municipal Court**
*Earle B. Turner, Clerk of Court*
**Designation Form** to be used to indicate the Category of the Case
*(Your failure to complete this form may delay the processing of your claim.)*

**Case No.**

SCANNED

1. Has this case been previously filed and dismissed?     Yes ( )     No (✓)
   If yes, please indicate court, case number and judge.     Court _____ Case No. _____ Judge _____

2. Are there any related cases, pending or closed?     Yes ( )     No (✓)
   If yes, please indicate court, case number and judge.     Court _____ Case No. _____ Judge _____
   *(If more space is necessary, please use the reverse side of this form.)*

3. Is this a case under the Consumer Sales Practices Act (O.R.C. 1345.09(E))?     Yes ( )     No (✓)
   If yes, ____ Declaratory Judgment; ____ Injunction; ____ Class Action

4. Are ADA accommodations needed? Yes ( )     No (✓)     Please describe _____

5. Is Interpreter requested Yes ( )     No (✓)     Language / Dialect requested _____

**Plaintiff #1** (include complete name, address and phone #)

GEORGE McCALL
4519 BRIARWOOD DRIVE
LORAIN, OH 44053

Phone No. _____     E-mail address _____

**Defendant #1** (include complete name, address and phone #)

FRONTIER AIRLINES, INC
5300 RIVERSIDE DRIVE
CLEVELAND, OH 44135

Phone No. _____     E-mail address _____

***(For additional parties, please use the reverse side of this form.)***

| Civil Categories | Place (X) in one category only |
|---|---|
| Tort-Motor Vehicle Accident-Property Damage | Forcible Entry and Detainer (Eviction) |
| Tort-Motor Vehicle Accident-Personal Injury | a. Subject Property Address |
| Tort-Motor Vehicle Accident-Prop. Damage & Personal Injury | Ejectment, Recovery of Real Property |
| Tort- vs. Property Owner | a. Subject Property Address |
| Tort- Product Liability | Marshalling of Lien (foreclosure) |
| Tort Miscellaneous | a. Subject Property Address |
| Libel and Slander | Replevin |
| Contract | Account |
| Promissory Note | Small Claims |
| Cognovit | Housing Small Claim |
| Equity | Other: Theft conversion |

## Request for Regular Mail Service

If service of process by Certified Mail is returned by the Postal Authorities with an endorsement of "refused" or "unclaimed" the undersigned waives notice of this by the Clerk and requests ordinary mail service in accordance with Civil Rule 4.6(C) or 4.6(D).

_____
**Signature of *Plaintiff* or *Attorney for Plaintiff***

**Attorney Information**

ANTHONY BAKER
Atty. of Record     (Please Print or Type)

5425 DETROIT RD - STE 10
Address

SHEFFIELD OH 44054
City          State          Zip Code

(440) 596 - 9876
Area Code and Telephone Number

0084620
Ohio Supreme Court No.

LAW OFC ANTHONY BAKER
Firm Name

440.934.0712
Fax Number

bakeras.tony@yahoo.com
E-Mail Address

case designation sheet rev 11/2017

**Plaintiff #2 (include complete name, address and phone #)**

_____

_____

_____

_____

Phone No. _____ E-mail address

**Defendant #2 (include complete name, address and phone #)**

TSA - US DEPT HOMELAND SECURITY

5300 RIVERSIDE DRIVE

CLEVELAND, OH 44135

_____

Phone No. _____ E-mail address

**Plaintiff #3 (include complete name, address and phone #)**

_____

_____

_____

_____

Phone No. _____ E-mail address

**Defendant #3 (include complete name, address and phone #)**

FRONTIER AIRLINES INC.

50 W. BROAD STREET - STE 1330

COLUMBUS, OH 43215

_____

Phone No. _____ E-mail address

**Plaintiff #4 (include complete name, address and phone #)**

_____

_____

_____

_____

Phone No. _____ E-mail address

**Defendant #4 (include complete name, address and phone #)**

US DEPT HOMELAND SECURITY

CLAIMS MANAGEMENT BRANCH

601 S. 12TH STREET - TSA 9

ARLINGTON, VA 20598

Phone No. _____ E-mail address

(continued from Pg. 1)  **1. Has this case been previously filed and dismissed?**

Court _____ Case No. _____ Judge: _____

Court _____ Case No. _____ Judge: _____

(continued from Pg. 1)  **2. Are there any related cases, pending or closed?**

Court _____ Case No. _____ Judge: _____

Court _____ Case No. _____ Judge: _____

Other:

_____

_____

_____

_____

_____

case designation sheet rev 11/2017

EARLE B. TURNER, CLERK
CLEVELAND MUNICIPAL COURT
JUSTICE CENTER-LEVEL 2
1200 ONTARIO STREET
CLEVELAND, OHIO 44113-1669



7007 0710 0001 0424 0229



CARL B. STOKES U.S. COURT HOUSE

ATTN: CLERK'S OFFICE

801 WEST SUPERIOR AVENUE

CLEVELAND, OHIO   44113