| | | |
|---|---|---|
| Sandy Opacich<br>Clerk of Court | **United States District Court**<br>Northern District of Ohio<br>Office of the Clerk<br>Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830 | (216) 357-7000 |

October 19, 2021

Cleveland Municipal Court
Justice Center - Level 2
1200 Ontario Street
Cleveland, OH 44113

RE:   Original Municipal Court Record, Case Number 2021 CVF 003034
      USDC Northern District of Ohio Case Number 1:21-cv-00902-PAG
      *McCall v. Frontier Airlines, Inc., et al*

Dear Clerk,

A Notice of Removal was filed in our court on the above-referenced case. On October 19, 2021, we received and e-filed the original court documents from your court. These documents are now part of our electronic case file, therefore, the original documents are being returned. Please acknowledge receipt of the documents by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,

Sandy Opacich, Clerk

By: s/ Brionna Laster
Deputy Clerk